# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. 3:19 cv 1763 (VLB)

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Jason South   (Anna)

_____

_____

_____

_____

NOV 8 2019 PM 12:36
FILED - USDC - BPT - CT

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing.  If you do not know a name, write "John Doe" or "Jane Doe."  Include the defendant's rank or title if you know it. Do not use **et al.**]

Warden, M. Licon-Vitale

Unit Manager, Ms. Moore

**Chief** Psychologist, Dr. Jessica Seaton

Associate Warden, Ms. Comstock

Regional Director, J. Ray Ormond

- case manager, Ms. Gehard
- commissary, Ms. Watson

Complete every section and **SIGN THE LAST PAGE.**

- unit officer John Doe

*Revised 12/13/18*

**A. JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim.  There are two possibilities.  Check one.

I can bring my complaint in federal court because I am suing:

1. _____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

**B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)**

If there is more than one plaintiff, attach additional pages.  Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: (Anna) Jason South

   b. Inmate Number: 57903-019

   c. Correctional facility: FCI Danbury

**C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)**

If you are suing more than six defendants, attach additional pages.  Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: M. Licon-Vitale

   b. Rank or Title: Warden

   c. Workplace: FCI Danbury

*Revised 12/13/18*

2

2. Second Defendant
   a.   Full Name: Ms. Moore

   b.   Rank or Title: Unit Manager

   c.   Workplace: FCI Danbury

3. Third Defendant
   a.   Full Name: Dr. Jessica Seaton

   b.   Rank or Title: Chief Psychologist

   c.   Workplace: FCI Danbury

4. Fourth Defendant
   a.   Full Name: Ms. Comstock

   b.   Rank or Title: Associate Warden

   c.   Workplace: FCI Danbury

5. **Fifth Defendant**
   a.   Full Name: J. Ray Ormond

   b.   Rank or Title: Regional Director for FBOP

   c.   Workplace: FBOP Regional office

6. Sixth Defendant
   a.   Full Name: Ms. Gerhard

   b.   Rank or Title: case manager

   c.   Workplace: FCI Danbury

## D. REASON FOR COMPLAINT

**WARNING:  Contact Inmate Legal Aid Program.  Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.**  If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis.  To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

*Revised 12/13/18*

7. Seventh Defendant

a) Full name : Ms. Watson
b) Rank/Title: Commissary worker
c) workplace ; FCI Danbury

8. Eighth Defendant

a) Full name: John Doe
b) Rank/Title; unit officer
c) workplace; FCI Danbury

Statement of Case pg.1

1.) Discrimination violating the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et seg. (ADA), and the Rehabilitation Act of 1973, 29 U.S.C. § 701.
   The defendants have failed to make reasonable accommodations of my Gender Dysphoria (GD) disability. As well as violations of the Equal Protection & Due Process Clauses of the Fourteenth Amendment, and violations of the Federal Civil Rights Act, 42 U.S.C. § 1983, and Eighth Amendment

A) I am a transgender female transitioning male to female in a mens prison and have been requesting for around six month to be transfered to a facility consistant with my identified gender and am being denied access to female facilities and Trauma programs with female Peers (Resolve Female Trauma treatment program). Being housed in a "biological sex-based assignment" by FBOP policy has a disparate impact on inmates with GD because it injects them into a prison enviroment that is contrary to a critical aspect of their prescribed GD treatment, that they be allowed to live as, in my case a woman. I am treated as a male, addressed as a male also exasperating my GD. I have to shower with males and do not have a restroom consistant with my gender identity. I have been in FBOP custody 14 years and have been in 8 facilities so far and sexually assaulted in every one dozens of times, sexually harrassed 1000x's of times.

Jason South

Statement of Case   Pg. 2

One prior sexual assault by FBOP staff, and all before transitioning and just appearing feminine. Most recently raped and severly beaten here at FCI Danbury by four gang members in open dorm restroom stall. (basis for additional claim). Being housed in a mens facility and openly treating my Gender dysphoria (breast growth, wearing make-up, having long hair, etc...) imposes an atypical and significant hardship in relation to the normal incidents of prison life as compared to other inmates in the Federal Bureau of Prisons (FBOP) including fear for my safety, sexual violence and assault, the trauma and stigmatization instilled by undergoing regular strip-searches by male gaurds, being forced to strip search at times (visitation) in front of male inmates, shower with male inmates & use the restroom in male restrooms, and daily sexual harrassments, causing overwhelming psychological stress, depression, anxiety, PTSD, and exasperating my Gender Dysphoria. At times questioning my will to live anymore. I rarely go to chow hall or outdoor group activities in avoidance

B) For around six months I have been denied Hormone therapy to treat my Gender dysphoria and "top" (breast), and bottom surgery (genitalia) and facial feminizing surgery, as well as facial hair removal. Also being denied full female commissary access (make up) etc...

Statement of Case Pg. 3

C.) The changes made to the "Transgender offender Manual 5200.04 CN-1 on May 11th 2018 knowingly places myself and other transgender prisoners to the substantial risk of sexual assaults and rape by denying apporiate facility placements per gender identity, in violation of the bipartisen and unanimously passed Prison Rape Elimination act, as well as the Constitution's prohibition on cruel and unusual punishments, by such changes now requiring officials to first use "biological sex" for all initial designations.

2.) Failure to Protect Claim; FBOP officials knew of and disregarded an excessive risk of harm to my person by failing to take reasonable steps to reduce the risk, dispite my requests for safe housing from around 5-1-19, - 9-25-19. It is well documented that I am a transgender female and was requesting a safe housing change from the open-dorm with public restroom stalls to a cell in a cell block, or a facility consistant with my gender identity. Denial of safe housing by defendants resulted in me being brutaly raped & severly beaten by four violent gang members, crushing the left facial bones requiring reconstructive surgery & life long physical & psychological pain and trauma,

Jason South

Statement of case Pg. 4

FCI Danbury is inadaqutly staffed and corrupt resulting in many assaults in the Dorm units, especially G-Unit where I was assaulted. FCI Danbury is flooded with drugs and cell phones by staff making it unsafe. At most times G-unit would not have an officer present. I was raped in the restroom and around five - ten minutes later beat (down a hallway - in the "TV" room) and not found by staff for around one hour, and only because an inmate alerted staff, "John Doe", who when found me laying in my bunk told me to say I "was hurt in Recreation sport". John Doe was not in the unit G for over One hour at least, on 9-25-19. (John Doe is C.O. unit officer)

3.) Violation of Constitutional right to privacy of the fact I am transgender and suffer from Gender Dysphoria disability. Around 8-5-19 I purchased female commissary makeup items & requested staff to be discreet and not tell inmates I was transgender as I was transitioning "under the radar" in efforts to avoid hightened sexual assaults & harrassments untill I could transfer to a female facility. Ms. Watson and Ms. Gerhard did the complete oppisite in retaliation for filing an Administrative remedy about the delay of purchase for over one month and "made a scene" in

Jason South

Statement of case pg. 5

front of the inmate commissary workers who watched a laughed, Ms. Watson and Ms. Gerhard did so with pure intent to humiliate me and cause psychological pain by letting inmates see my purchase, and after purchase they told them I was transgender and told inmates other than commissary inmates in my G-unit that I was transgender and specifically what I purchased, which increased sexual harrassment, "snowballing" into the rape and assault on 9-25-19.

Ms Gehard still to date shares the details of my transgender and gender dysphoria with other inmates and contents of my Administrative Remedy filings related to my GD, which causes inmate in "SHU" where I am currently in protective custody to "make fun of" & threaten me with rape and assaults daily causing me additional psychological harm while in great state of trauma from assaut on 9-25-19.

4) Now being forced to "cell" with a male inmate in the "SHU", use the restroom, 24/7, exasperating my Gender Dysphoria greatly. And have to listen to assailants sexually harrass me all day now in SHU.

Anna Jason South

E. Request for Relief

Preliminary Injunctive relief

1) For FBOP to accomodate my Gender Dysphoria
disability treatment & sexual trauma treatment as
afforded other FBOP females by a transfer to
a female facility with the "Resolve" trauma
PTSD treatment program.

2) To receive proper Gender Dysphoria medical
necessary treatment, harmone therapy, "top &
bottom" surgery, facial surgery, facial hair removal,
and all female commissary products.

3) to not be strip-searched by male officers,
except exigent circumstances.

4) refer to me as "South", not Mr. South or him,
them in place of him is appropriate.

5) to not be treated differenty than other
females in FBOP

6) To receive reconstructive surgery (from
assault) on left facial bone damage.

7) for the court to award any monetary relief
as is just and proper.

8) To reverse May 2018 change to the FBOP
Transgender offender Manual.

relief:

As to psychological & physical harm by brutal rape and assault on 9-25-19 that could have been prevented I request relief of $200,000.00 from each defendent, because of

Many broken, crushed, fractured facial bones needing reconstructive surgery as well as TBI, neurological damage. Increased PTSD & lifelong trauma. & Permanent facial disfigurement.

F.    DO YOU WISH TO HAVE A JURY **TRIAL?** YES ___✓___ NO_____

G.    **DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at _____FCI  Danbury_____ on ___10-19-19___
                          (Location)                                     (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.  **The complaint cannot be filed without a signature from each plaintiff.**

H.    **FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

   1.    Answer all questions on the complaint form.

   2.    Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Revised 12/13/18*

7

Please see Attachments - supporting documents
as to complaint - Statement of case.

| dated | |
|---|---|
| 9-29-19 | 1) State of Connecticut Sexual assault discharge - Danbury Hosp |
| 8-1-18 | 2) letter concerning changes to Transgender manuel |
| 9-26-16 | 3) psychological report of past sexual trauma\assaults |
| 5-22-15 | 4) Email to psychology staff to be discreet as to gender dysphoria diagnosis & concern about my safety |
| 5-24-19 | 5) Email to psych. about GD treatment & housing move |
| 5-26-19 | 6) Request to Warden/A.W. about safety & transfer & fear. |
| 6-3-19 | 7) Request to counselor about housing safety, fear. |
| 6-10-19 | 8) Three page letter to Warden about fear of safety, housing. |
| 6-10-19 | 9) Email to Warden w/concern of safe housing & retaliation. |
| 6-10-19 | 10) Administrative Remedy about safety/housing/retaliation. |
| 6-11-19 | 11) Response to above, incorrectly applying policy for PREA |
| 6-7-19 | 12) Email to psych. about safety to Dr. Seaton who incorrectly applied PREA policy meant to protect transgender people. |
| 6-12-19 | 13) Email to Health Services/Warden for transfer/safety to female facility |
| 6-12-19 | 14) Email to Health Services for Hormone therapy & surgery- |
| 6-17-19 | 15) Administrative Remedy about unsafe housing, fear, |
| 7-18-19 | 16) Administrative Remedy about unsafe housing, GD treatment, transfer |
| 7-18-19 | 17) Admin. Remedy - GD treatment, transfer to female facility |
| 7-19-19 | 18) Email to Warden - Transfer to female facility |
| 8-29-19 | 19) Admin Remedy - Transfer to female facility |
| 9-5-19 | 20) Commissary Admin Remedy, Privacy |
| 10-19-19 | 21) Admin. Remedy - Resolve treatment in Female facility |
| 5-3-19/10-10-2019 | Psychological Reviews |

# STATE OF CONNECTICUT
# SEXUAL ASSAULT DISCHARGE INSTRUCTIONS

(CGS 19a-112a) Revised June 2017

## 1. YOU HAVE BEEN TESTED FOR:

|  | Yes | No |
|---|---|---|
| Gonorrhea: | ☐ | ☐ |
| Chlamydia: | ☐ | ☐ |
| Trichomonas: | ☐ | ☐ |
| Syphilis: | ☐ | ☐ |
| Pregnancy: | ☐ | ☐ |
| Hepatitis B: | ☐ | ☐ |
| Other: | ☐ | ☐ |

These tests will usually tell if you had the infection or condition prior to your hospital visit. It is <u>very important</u> that you have a follow-up exam and tests within <u>2 weeks</u> to be sure you did not contracted sexually transmitted infections (STI) from the assault.

## 2. YOU HAVE RECEIVED THE FOLLOWING:

### a. Medications for:

|  | Yes | No |
|---|---|---|
| STI: | ☐ | ☐ |
| Hepatitis B: | ☐ | ☐ |
| Pregnancy Prophylaxis: | ☐ | ☐ |
| Nausea/Vomiting: | ☐ | ☐ |
| Tetanus: | ☐ | ☐ |
| Other: | ☐ | ☐ |

### b. Treatment/Diagnosis: (Specify treatment and follow-up instructions)

Wound Care: _____

X-Ray: _____

Other: _____

## 3. FOLLOW-UP INSTRUCTIONS

### a. Medical Follow-up:

1) It is important that you take all medications and follow all instructions given to you.
2) You should refrain from sexual activities until your follow-up is completed.

Doctor: _____

Address: _____

Phone #: _____

**You are responsible for making your follow-up appointment.**

---

ECD 3168731  EMR  41Y   M
SOUTH, JASON
DOB 09/11/1978  DOS 09/29/2019
MRN 10053230  PN 611728
Tenenbaum, Craig, MD

PATIENT LABEL (If handwritten, record name, MR # and DOB.)

### b. Sexual Assault Counseling/Advocacy Follow-Up
**TOLL FREE STATEWIDE HOTLINES**
English: 1-888-999-5545  Spanish: 1-888-568-8332

A sexual assault advocate is available to provide free and confidential information, advocacy and counseling to you and your family 24 hours a day, 7 days a week.

Your local program: _____

## 4. IMPORTANT NAMES AND NUMBERS:

**Health Care Facility:** _____

Examiner: _____

Phone #: _____

**Sexual Assault Counselor:** (seen during visit)

Name: _____

Phone #: _____

Investigating Police Department: _____

Officer seen during visit: _____

Phone #: _____

Case # (if applicable): _____

Kit Control # (if applicable): _____

**Office of Victim Service's *Victim Compensation Program***
Monday - Friday   8:00am - 4:30pm
1-888-286-7347

**I have read and understand the above information.**

_Jason Smith_  FC 1          9-29-19
(Signature of Patient/Patient's Representative)    Date

Relationship to Patient
- Dr. Tenenbaum

Discharge Instructions Completed by

_____         am / pm
Date and Time of Discharge

_____
Print Name

_____
Signature                    Date

## PLEASE BRING THIS FORM WITH YOU TO FOLLOW-UP VISITS

67 Members Write to BOP Calling on Agency to Abandon Changes to the Transgender Offender Manual that Undermine the Prison Rape Elimination Act

Yesterday, Congressman Jerrold Nadler (NY-10), Ranking Member on the House Judiciary Committee, and Robert "Bobby" C. Scott, Ranking Member of the Education and Workforce Committee, led a letter signed by 67 Members of Congress to the Bureau of Prisons (BOP) in response to the agency's recent revisions to the Transgender Offender Manual. The revisions as written by the BOP make it harder for transgender prisoners to be placed in appropriate facilities and housing, increasing the likelihood of sexual assault and rape.

"Prisoners should never face rape or sexual assault as part of their sentence and the Supreme Court agrees," said Ranking Member Nadler (D-NY) and Ranking Member Scott (D-VA). "With these changes to the Transgender Offender Manual, the Bureau of Prisons will knowingly place transgender prisoners at risk by denying them appropriate facility placements   violating the bi-partisan and unanimously passed Prison Rape Elimination Act, as well as the Constitution's prohibition on cruel and unusual punishments.

"BOP has a constitutional requirement to protect the health and safety of all individuals in its charge   including transgender prisoners. According to the Department of Justice, between 2011 and 2015, incidents of sexual assault tripled in our nation's prisons, and BOP should be doing more to protect prisoners, not less. These changes to the Transgender Offender Manual should be immediately reversed."

A copy of the letter is below, and a full version can be found here:

August 1, 2018

Hugh J. Hurwitz

Acting Director

Federal Bureau of Prisons

320 First St., NW

Washington, DC 20534

Re: Transgender Offender Manual

Dear Acting Director Hurwitz:

We write to express our deep concern that the Bureau of Prisons' (BOP) recent changes to its Transgender Offender Manual may be in violation of the Prison Rape Elimination Act (PREA), as well as the U.S. Constitution. We urge the agency to reverse course to avoid violating its constitutional obligations and to prevent transgender prisoners from being exposed to heightened risk for sexual abuse.

Prisoners should never face rape and sexual abuse as part of their sentence. In recognition of the extreme harm and horror caused by sexual victimization in confinement settings, both to individuals and society at large, Congress unanimously passed the bi-partisan PREA in 2003. As part of PREA, Congress explicitly acknowledged the Supreme Court's findings in Farmer v. Brennan, 511 U.S. 825 (1994), which held that deliberate indifference to the substantial risk of sexual assault violates prisoners' rights under the Eighth Amendment's prohibition on cruel and unusual punishments.[1]

The problem of sexual victimization of prisoners has not abated since 2003. As the Bureau of Justice Statistics (BJS) is expected to release this month, as part of the Sexual Victimization Reported by Adult Correctional Authorities, 2012-15, substantiated allegations of sexual victimization rose an astonishing 63% between 2011 and 2015.[2] The BJS has found that transgender prisoners are particularly vulnerable, with nearly 40% reporting experiencing sexual victimization while incarcerated in a 2011-2012 survey, compared to only 4% of all prisoners making such reports.

In 2012, the U.S. Department of Justice published the final National Standards to Prevent, Detect, and Respond to Prison Rape under the Prison Rape Elimination Act in the Federal Register.[3] These PREA Standards recognized that central to the goal of preventing, detecting, and responding to sexual abuse is safeguarding vulnerable prisoners from sexual abuse and sexual harassment. Transgender prisoners are noted as facing "particular vulnerabilities" and the standards were explicit that in determining whether to assign a transgender prisoner to a facility that houses male or female prisoners, "an agency may not simply assign the inmate to a facility based on genital status."[4] Instead, agencies must consider whether a placement would ensure an inmate's health and safety on a case-by-case basis, giving "serious consideration to the inmate's own views regarding his or her own safety."[5]

The new BOP policy for transgender prisoners contravenes these guidelines, mandating that the Transgender Executive Council use "biological sex"   a term undefined in the policy or by PREA   for all initial facility designations. Presumably, the agency intended to refer to a prisoner's assigned sex at birth to avoid the prohibition of using "genital status," but failed to adequately define its intent. We are gravely concerned that the undefined term "biological sex" will function in practice as a moving target, one that opens the door to significant discrimination and animus as its meaning is allowed to shape-shift to keep transgender prisoners from ever being housed in accordance with their gender identity in violation of PREA's standards.

The new policy further strains the PREA standards by specifically stating housing based on a prisoner's gender identity "would be appropriate only in rare cases" and "where there has been significant progress towards transition as demonstrated by medical and mental health history."[6] While the revised policy appropriately requires a transgender prisoner's views of their own safety be taken into consideration for "housing unit and programming assignments" it does so only after a facility designation has been made, contrary to the requirements of the PREA Standards, which explicitly require these concerns be considered in facility designation.

Among the revisions to the Transgender Offender Manual, only a single, telling sentence is eliminated: "The [Transgender Executive Council] will recommend housing by gender identity when appropriate."[7] Given these facts, we are deeply concerned that the BOP is seeking to violate the intent and letter of PREA by prohibiting housing based on gender identity entirely, absent any legitimate rationale.

The BOP has a constitutional requirement to protect the health and safety of all individuals in its charge   including transgender

prisoners. The research is clear that transgender prisoners will face grievous and unconstitutional harm if this policy is implemented as written. We urge the BOP to immediately reverse these changes, and ensure that transgender prisoners are housed appropriately and based on their individual needs.

Sincerely,

Full list of signers:

Nanette Barragan, Karen Bass, Earl Blumenauer, Suzanne Bonamici, Michael Capuano, Matthew Cartwright, David N. Cicilline, Yvette D. Clarke, Steve Cohen, Charlie Crist, Peter DeFazio, Diana DeGette, Mark DeSaulnier, Ted Deutch, Adriano Espaillat, Elizabeth H. Esty, Tulsi Gabbard, Al Green, Raúl M. Grijalva, Michelle Grisham, Luis V. Gutiérrez, Colleen Hanabusa, Brian Higgins, Eleanor Holmes Norton, Shelia Jackson Lee, Jared Huffman, Pramila Jayapal, Henry C. "Hank" Johnson Jr., Joseph P. Kennedy III, Dan Kildee, Derek Kilmer, Barbara Lee, John Lewis, Zoe Lofgren, Alan Lowenthal, Michelle Lujan Grisham, Stephen Lynch, Sean Patrick Maloney, Doris Matsui, Betty McCollum, Donald McEachin, Seth Moulton, Jerrold Nadler, Donald Norcross, Frank Pallone Jr., Scott Peters, Mark Pocan, David Price, Mike Quigley, Jamie Raskin, Kathleen Rice, Cedric Richmond, Lucille Roybal-Allard, Tim Ryan, Jan Schakowsky, Adam B. Schiff, Bradley S. Schneider, Robert C. "Bobby" Scott, José E. Serrano, Carol Shea-Porter, Adam Smith, Darren Soto, Nydia M. Velázquez, Debbie Wasserman Schultz, Maxine Waters, Bonnie Watson Coleman, Peter Welch

[1] "Prison Rape Elimination Act of 2003 (S. 1435)" Congressional Record 149: 112 (July 25, 2003) p. H7764-H7771.

[2] U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics. (2018). PREA Data Collection Activities, 2018.

[3] 34 U.S.C. § 30307(b).

[4] 77 C.F.R. 37110.

[5] Ibid.

[6] U.S. Department of Justice, Federal Bureau of Prisons. (2018). Transgender Offender Manual.

[7] Ibid.

Case 3:19-cv-01763-VLB   Document 1   Filed 11/08/19   Page 16 of 87   **SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: PHX | Unit Team: | PIMA |
| Date: | 09/26/2016 09:09 | Provider: | Powers, Danielle PsyD | | | |

### Focus of Session

Follow-up.

### Subjective/Objective Presentation

Mr. SOUTH reported feeling shame and low self-esteem related to past sexual victimization. He described intrusive, distressing thoughts related to the abuse and when he was stabbed while incarcerated. He stated that he avoids thinking or talking about traumatic events because of the associated negative responses. Mr. SOUTH discussed feeling angry and frustrated. He explained that he feels that he was retaliated against (by staff at his former institution) for reporting a PREA incident that occurred while at that facility. He was informed that his concerns will be reported to the PREA compliance manager.

### Intervention(s)

Empathy and support provided for his expression of thoughts and feelings. He was assessed for use of alcohol and/or drugs as a way to escape negative emotion. His mental health history and relevant background information was reviewed as well as his current symptom presentation.  Medication history reviewed. DTO/DTS assessed and denied.

### Progress/Plan

Mr. SOUTH will be provided with materials related to PTSD. He will complete the worksheets and Psychology Services will follow-up with him within 4-6 weeks. The PREA Compliance Manager will be notified regarding his perception of retaliation stemming from the PREA incident at a former institution.

Completed by Powers, Danielle PsyD on 09/27/2016 14:39

TRULINCS  57903019 - SOUTH, JASON ROBERT - Unit: DAN-G-A
---------------------------------------------------------------------------------------------------

FROM: Psychology
TO: 57903019
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/22/2019 03:27:02 PM

Good Afternoon Mr. South,

Staff should not be telling inmates, however, I can not guarantee that will not happen.

Dr. Liberati

>>> ~^!"SOUTH, ~^!JASON ROBERT" <57903019@inmatemessage.com> 5/22/2019 9:34 AM >>>
To: Dr. Liberati
Inmate Work Assignment: yard 6-2

Yes please do begin the process. Can you please note when you enter it for staff to keep it to themselves please. thanks
-----Psychology on 5/22/2019 8:17 AM wrote:

>
Good Morning Mr. South,

I am not able to ask for a single cell.  But I will enter the code and begin the process this afternoon, unless I hear from you not
to do so.  Thank you.

Dr. Liberati

>>> ~^!"SOUTH, ~^!JASON ROBERT" <57903019@inmatemessage.com> 5/22/2019 8:57 AM >>>
To: Dr. Liberati
Inmate Work Assignment: yard 6-2

Ok sorry about yesterdays email I was wigging out , panicking big time, I mean I am still questioning much but my thoughts are
not as racy as when I sent the email.
And , ok so I have been to medical this morning and talked to the nurse there this morning about it all and found out a good bit
of info so that helped. What she says is that I need to start the medical side of the treatment and be doing it for awhile before
being eligible for a transfer to a woman's facility.[?] So I want to go ahead and just enter the M2F CMA assignment and that way
I can get started in medical and we will go from there with the TEC transfer request, maybe they will do it [ I want to be clear in
the request about my fear of assault and prior attemps of sexual assault and actual assaults making it really uncomftable for
me to transition here or any male facility], maybe they will make me wait, who knows but I am ready , I think I will feel better
being in M unit with all this also and in a cell.
Speaking of the cell , with consideration to the CMA assignment can you see if I can get a cell with out having a cellie ? It would
be so so much more comfortable with my transition, it really stresses me out being in a cell with a male , it is really
uncomfortable.
Thank you for your time ,
Jason
-----Psychology on 5/21/2019 8:17 AM wrote:

>
Good Morning Mr. South,

I received your email and will set up a session to address the below.  Thank you.

Dr. Liberati

>>> ~^!"SOUTH, ~^!JASON ROBERT" <57903019@inmatemessage.com> 5/21/2019 9:03 AM >>>
To: Dr. Liberati
Inmate Work Assignment: yard 6-2

Dr. Liberati ,

TRULINCS  57903019 - SOUTH, JASON ROBERT - Unit: DAN-G-A
-----------------------------------------------------------------------------------------

Dr. Liberati

>>> ~^!"SOUTH, ~^!JASON ROBERT" <57903019@inmatemessage.com> 5/24/2019 1:51 PM >>>
To: Dr. Liberati
Inmate Work Assignment: yard 6-2

Hi I just came in from medical and had a good conversation with the social worker. They said they don't see the CMA
assignment entered yet , they need it [m2f] and a gender dysphoria diagnosis to proceed to treat me.
Also it is needed for me to use the female commissary list which needs to be done by Dr. Seaton from what I am told.
And just wanted to also remind you I very much want to move to M unit and they think this will be good to help with my situation
\transition and all too.
Thanks
-----Psychology on 5/22/2019 3:27 PM wrote:

>
Good Afternoon Mr. South,

Staff should not be telling inmates, however, I can not guarantee that will not happen.

Dr. Liberati

>>> ~^!"SOUTH, ~^!JASON ROBERT" <57903019@inmatemessage.com> 5/22/2019 9:34 AM >>>
To: Dr. Liberati
Inmate Work Assignment: yard 6-2

Yes please do begin the process. Can you please note when you enter it for staff to keep it to themselves please. thanks
-----Psychology on 5/22/2019 8:17 AM wrote:

>
Good Morning Mr. South,

I am not able to ask for a single cell.  But I will enter the code and begin the process this afternoon, unless I hear from you not
to do so.  Thank you.

Dr. Liberati

>>> ~^!"SOUTH, ~^!JASON ROBERT" <57903019@inmatemessage.com> 5/22/2019 8:57 AM >>>
To: Dr. Liberati
Inmate Work Assignment: yard 6-2

Ok sorry about yesterdays email I was wigging out , panicking big time, I mean I am still questioning much but my thoughts are
not as racy as when I sent the email.
And , ok so I have been to medical this morning and talked to the nurse there this morning about it all and found out a good bit
of info so that helped. What she says is that I need to start the medical side of the treatment and be doing it for awhile before
being eligible for a transfer to a woman's facility.[?] So I want to go ahead and just enter the M2F CMA assignment and that way
I can get started in medical and we will go from there with the TEC transfer request, maybe they will do it [ I want to be clear in
me to transition here or any male facility], maybe they will make me wait, who knows but I am ready , I think I will feel better
being in M unit with all this also and in a cell.
Speaking of the cell , with consideration to the CMA assignment can you see if I can get a cell with out having a cellie ? It would
be so so much more comfortable with my transition, it really stresses me out being in a cell with a male , it is really
uncomfortable.
Thank you for your time ,
Jason
-----Psychology on 5/21/2019 8:17 AM wrote:

>
Good Morning Mr. South,

TRULINCS  57903019 - SOUTH, JASON ROBERT - Unit: DAN-G-A

--------------------------------------------------------------------------------

Good morning , I just wanted to let you know I have decided to enter the CMA assignment for TG [M2F], and gender dysphoria .

I am also requesting to be placed in a facility in accordance to my gender identification as female , and to complete or start over the Resolve program or the new program I was told about that is across the street if that would be my designation.

I am also requesting a referral to health services for TG treatments available.

Additionally I need refills for my Cymbalta psych meds , they have run out and am about out.

Thank you,
Jason South

| TO:(Name and Title of Staff Member) Warden / & A.W. | DATE: 5-26-19 |
|---|---|
| FROM: Jason South | REGISTER NO.: 57903-019 |
| WORK ASSIGNMENT: 6-2 yard | UNIT: GA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

I am beginning my transition to female and would like to request a transfer to a facility by gender identity (female). I am concerned with my safety transitioning to female in a male facility, I have been sexually assaulted in FBOP by a staff member & had at least 10 attempted rapes by inmates, half of which very violent attacks with knives, I have also been stabbed by "whites" for not retaliating and beat on 2 other occasions. Twice resulting in transfers, one resulting in a week of intensive care in outside hospital. I am concerned with the wording in changes to the transgender manual as articulated in attached letter. Thank you

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by 1551

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

BP-A0148
JUN 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) Counselor | DATE: 6-3-19 |
| FROM: Jason South | REGISTER NO.: 57903-019 |
| WORK ASSIGNMENT: yard 6-2 | UNIT: GA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. I am requesting a single cell assignment. Continued on back
I have concerns about my safety transitioning [M2F] in a male facility, though have
in informed I will stay here in Danbury FCI untin further in time into said [M2F]
sition. Per Psychology, health services and my request I will be moving to
unit with cells vs. dorm housing, my concern is that having a cell with
other male inmate could jeopardize my safety and psychological well being,
exposing me to a hightened risk for sexual abuse and/or harrassment.
Furthmore PREA regulations 28 C.F.R. incorporated into the program stat
ment Sexually Abusive Behavior Prevention & Intervention Program & program statement
0.301 Transgender offender Manual state "In making housing unit and programming
sinments, a transgender or intersex inmates own views w/respect to his/her own safety Must be given
serious consideration
(Do not write below this line)

DISPOSITION:

The Bop can not specially house inmates in a dedicated
it or cell based on their identification as transgender (PREA policy p3)
wever, if there is an immediate safety concern, please contact the
ts office immediately. At this point I don't believe a
single cell or cell with a roomate is a good option.

| | |
|---|---|
| Signature Staff Member | Date 6/09/19 |

Record Copy - File; Copy - Inmate
PDF

Prescribed by 1551

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

1

I am concerned with, and disagree with the Transgender Offender Manual, the Jan. 18th 2017 change, policies and practicies to date that do not prevent transgender prisoners from being exposed to heightened risk for sexual a psychological abuse.

I am concerned with the deley and/or denial of a transfer to a facility of my identified gender. (Female)

I am begining transition (M2F), and due to my concern for my safety and wellbeing I am transitioning "under the radar", in "stealth mode" to ensure my safety from sexual assaults, sexual harrasments, and psychological injury and trauma by inmates and/or staff.

I have a history of sexual assaults by staff (Atlanta USP Dr. Lewis Jackson) and dozens of violent attempts by inmates in prior FBOP facilities, including being stabbed and beat many times, twice resulting in institutional transfers.

If inmates at this male facility or any other facility of male gender inmates found out, I fear they would target me for sexual assaults or assaults in general being a

2

transgender female. If I were to outwardly
express my identified female gender to
relieve my Gender Dysphoria in a male
facility I will face great harm, and request
to be able to safely transition at a female
facility in accordance with my gender identity.

I am currenty in Resolve Program due
to trauma associated with 2012 sexual assault
by FBOP Dr. Lewis Jackson, 2018 head
injury by FBOP CO. Gomez with rubber sledge-
hammer, as well other inmate assaults. I
would like to continue Resolve treatment
in a female facility with female peers
I can relate with which will result
in better treatment vs. being extremly
uncomfortable in a male setting. I would
also benifit from F.I.T. program which
I understand is a female program similar
to Resolve or some of its components.
I have been under consant stress and harm
for 13 yrs in male facilities, everyday ads
to the trauma I have endured.

Soon I will begin hormone treatment and
start showing secondary female charcteristics
and fear anyone finding out.

3

I will also have trouble changing with great discomfort and fear of discovery as I will wear female undergarmets.

The psychological trauma alone is great having to be housed in a male facility, and the constant fear of assault is exhausting, but my Gender Dysphoria is needing to be treated and relieved, 40 yrs now I have suffered in a body I hate.

I have made many requests for help in this matter & have had no results, and have been met with hostile resistance.

Please see enclosed emails, articulated complaint as to policy changes to Transgender manual, inmate request to staff seeking a single cell, and PREA report and statistics, policy statement on gender discrimination (per my dorm housing issues) & T.G. policy on inmate views w/ respect to safety. Jason South

6-10-2019

TRULINCS  57903019 - SOUTH, JASON ROBERT - Unit: DAN-G-A

---------------------------------------------------------------------------------------------------

FROM: 57903019
TO: Warden
SUBJECT: ***Request to Staff*** SOUTH, JASON, Reg# 57903019, DAN-G-A
DATE: 06/10/2019 12:30:09 PM

To: Warden
Inmate Work Assignment: yard 6-2

Hi , I was asked if I wanted to move to M unit because I am in the Resolve program for PTSD from a sexual assault in 2012 and
also another physical assault by staff last year at Phoenix FCI , and childhood trauma.
I said I would absolutely like to move to M unit to be in a cell vs. the dorm units and they would move me this week. I told them
I am transgender and about to start transitioning M2F soon and will feel safer in a cell and made a request to be in a single cell,
to be safer and to have less psychological trauma thru said transition being in a cell with the opposite gender as it would be
very uncomfortable in a cell or even worse in a dorm.
Now today I was told by Ms. Moore and Canarozi I will not be moving in retaliation for advocating for a single cell with my well
being in mind. I am being retaliated against for asking for a safer and better housing assignment and for being transgender.
They originally asked me to move to M unit . This is purely retaliatory and discrimination.
Jason South



DAN 1330.18
ATTACHMENT A

**FEDERAL CORRECTIONAL INSTITUTION**
**DANBURY, CONNECTICUT**
**INFORMAL RESOLUTION**

Inmate Name: Jason South       Reg. No. 57903·019
Unit: GA                        Date: 6·10·19

**NOTICE TO INMATE**: You are advised that normally prior to filing a
Request for Administrative Remedy, BP-229(13), you must attempt to
informally resolve your complaint through your Correctional Counselor.
Please follow the three steps listed below:

1. State your complaint: I was told by Dr. Liberati and Canarizzi, as
well as Health Services I was moving to M unit because it would be a safer
better for me as I transition M2F. I requested a single cell to be a
situation & better psychologically transitioning. Now I have been reassigned
against and told I am not moving out of the dorm to cell at all just for
making a request with my Jwell being in mind. (cont. pg 2 & 3)

2. State what actions you have made to informally resolve your
complaint: Talked to Dr. Seaton, Ms. Moore, Canarizzi   & #4
and Health Services and an Email to warden           plus
                                                     attachments

3. State what resolution you expect: To move to M unit
as they had originally asked if I wanted to,
and a single cell

Inmate's Signature: _____    Date: 6-10-19

4. Correctional Counselor's Comments (Steps Taken to Resolve):

            SEE Attached

5. Informal Resolution WAS / WAS NOT accomplished. (Circle One)

Michael A Canarizzi /MM          SMoore
Correctional Counselor           Unit Manager

6/17/19                          6/17/19
Date                             Date

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 6/10/19 | 6/11/19 | 6/17/19 | 6/17/19 | |
| TIME | 11:54 | 11:54 | 1311 | 1266 | |
| COUNSELOR | MA | MA | M | M | |

2

Dr. Seaton / cheif psychologist and also unit manager Ms. Moore are denying me access to M unit where inmates are housed in cells and forcing me to be housed in a dorm vs. M unit in violation of the PREA polrcy pg 83 and Transgender manual which States "The agency shall not place Transgender or Intersex inmates in dedicated facilities, units, or wings solely on the basis of such identification or status, unless such placement is in a dedicated facility, unit or wing established in connection with a consent decree, legal settlement, or judgement for the purpose of protecting such inmates. (see attachment #1)

  Dr. Liberati and Ms. Adamson in health services asked if I would like to move to M unit as they thought it would be a better fit for me as I transition Male-to-Female as I am transgender & suffer from Gender Dysphoria. Counselor Canarozi also told me I would move this week.

(see attach #4) I requested to be "single celled" due to my concern with transytioning in a dorm or with a cellie. Dr. Seaton retaliated with the assistance of Ms. Moore and denied me to move to M unit at all

3

They said I may only be housed in a
dorm and can not be housed in a cell
in M unit (which violates PREA policy
pg 33) (attachment #1) because I am transgender.
   I have the equal right as other inmates
to be housed in M unit but am being
refused such because I am Transgender.
I am being discriminated against due to
my sex/gender/Transgender status in
violation of Title VII, constitutional rights
to equal protection & Federal Law.
   (See attachment #2) (Gender Identity discrimination)
(See attach #3) Dr. Seaton stated in an email as to my request
for a single cell that "we do not make recomendations
on cell assignments", though she sent threatening
and unprofessional emails to staff recomending
I do NOT move to M unit in retaliation
for advocating for myself to have a single
cell and filing Administrative Remedies for
sexual assault by staff (Atlanta USP 2012)
and 2018 denial of Resolve Program which
(Dr. Seaton) she wrongfully denied me for and was remedied
by central office. I am continuously met
with great hostility, indifference, and unprofessionalism
when I am only asking for help to ensure my
physical & psychological wellbeing & safety.

## Response to Administrative Remedy (BP-8)

Inmate: SOUTH, Jason

Register number: 57903-019

Date 06-11-2019

Staff providing the response: Counselor Canarozzi

In reference to your BP-8 dated 06-10-2019, where you challenge the decision to keep you in a dormitory environment:

Based on PREA and the transgender manual, " The agency shall not place Transgender or intersex inmates in dedicated facilities, units, or wings solely on the basis of such identification or status, unless such placement is in a dedicated facility, unit or wing established in connection with a consent decree, legal settlement, or judgement for the purpose of protecting such inmates."

The Bureau of Prisons can not house you solely based on your transgender status. To date you have not reported that you feel unsafe. If you feel like your safety is in jeopardy, please go to any staff member and report it.

Counselor M. Canarozzi

This policy statement is being incorrectly a maliciously applied with deliberate intent for harm.

This is being used incorrectly this actually means a group of transgender people can not be housed away from or segregated from population. (By FBOP) This does NOT mean inmates can can VOLUNtarily request to be housed in a single cell or a cell vs. dorm, This policy was the result of a lawsuit brought by transgender to protect US.

#4

TRULINCS 57903019 - SOUTH, JASON ROBERT - Unit: DAN-G-A

--------------------------------------------------------------------------------------------------

FROM: Psychology
TO: 57903019
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/07/2019 09:22:02 AM

Mr. South,

We do not make recommendations on cell assignments.  However, given the statements you made regarding your vulnerability and perceived safety, Dr. Liberati will meet with you to discuss your concerns.  IF THERE IS AN IMMEDIATE SAFETY CONCERN, PLEASE CONTACT THE LIEUTENANTS OFFICE IMMEDIATELY!

Of note, the BOP cannot specially house inmates in a dedicated unit or cell soley based on their identification as transgender (see PREA policy, page 33):
(g) The agency shall not place lesbian, gay, bisexual, transgender, or intersex inmates in dedicated facilities, units, or wings solely on the basis of such identification or status...
Please watch the call-out for Dr. Liberati.  Thank you!
-Dr. Seaton

>>> ~^!"SOUTH, ~^!JASON ROBERT" <57903019@inmatemessage.com> 6/6/2019 1:18 PM >>>
To: Dr. Seaton
Inmate Work Assignment: yard 6-2

Please see attached forwarded email.
-----SOUTH, JASON ROBERT on 6/6/2019 12:17 PM wrote:

>

Dr. Liberati
I just spoke with counselor Canarozi [sp?]  and I am requesting a single cell for a number of factors as to me being Transgender, including once I start hormones I will gain secondary female characteristics, changing and using the restroom in the cell , and my perceived safety. [which in the TG manual says should be given serious consideration] [and with all I have been thru with sexual assaults {one by staff} and attempted sexual assaults, and 100's of sexual harassments is greatly well founded]
I have history of sexual victimization, and am particular vulnerable being a transgender female , that I would respectfully request your recommendation for a single cell assignment per Transgender Manual Program and PREA to my unit team.
Until I am able to transfer to a facility of my identifying gender this would be an appropriate resolution to ensure my safety and psychological well being.
Thank you,
Jason South
-----Psychology on 5/28/2019 7:57 AM wrote:

>

I entered in your assignment. Yes, also consult with your unit team.

>>> ~^!"SOUTH, ~^!JASON ROBERT" <57903019@inmatemessage.com> 5/24/2019 4:25 PM >>>
To: Dr. Liberati
Inmate Work Assignment: yard 6-2

So should I go see my unit team then ?
-----Psychology on 5/24/2019 2:57 PM wrote:

>

Good Afternoon Mr. South,

I was unable to complete your documentation as of yet.  I am working on it now and it should be completed prior to me leaving today.  As we discussed, the unit team will make the decision about whether you can be transferred to M.  I will see you in our next session and we can discuss any additional issues or concerns.  Enjoy your weekend.

In making housing unit and programming assignments, a **transgender** or intersex inmate's own views with respect to his/her own safety must be given serious consideration.

**Transgender** inmates shall be given the opportunity to shower separate from other inmates.

The agency shall not place **transgender** or intersex inmates in dedicated facilities, units, or wings solely on the basis of such identification or status, unless such placement is in a dedicated facility, unit, or wing established in connection with a consent decree , legal settlement, or legal judgment for the purpose of protecting such inmates.

unit manager
ms. Moore is incorrectly quoting above policy statement to deny move to single cell in M-Unit, said statement is actually intended to protect me.

Additionally I am attempting to transition [M2F] "under the radar and in stealth mode" as I refer to it. I do not even feel safe allowing male inmates to know I am transgender and want to hide effects of hormone treatment, secondary female characterristics, female undergarments and such untill I am able to transfer to a female facility of my identified gender.

unit manager Ms Moore states specifically that she is denying the move to the cell/cell block from current dorm unit solely because I am transgender.

1

pro!

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

57903019

TRULINCS  57903019 - SOUTH, JASON ROBERT - Unit: DAN-G-A

---------------------------------------------------------------------------------------------------

FROM: 57903019
TO: Health Services
SUBJECT: ***Request to Staff*** SOUTH, JASON, Reg# 57903019, DAN-G-A
DATE: 06/12/2019 08:26:35 PM

To: Health services
Inmate Work Assignment: yard 6-2

I am requesting a referral to the Warden and the TEC for a transfer to a facility of my identified gender [female] to transition [M2F] in a safer environment [I do not feel safe outwardly expressing my gender identity in a male facility and this will hinder my transition M2F and fail to relieve my gender dysphoria which causes me to suffer greatly.] and to continue RESOLVE program , or start FIT program with female peers for treatment of my PTSD.
Thank you,
Jason South

TRULINCS  57903019 - SOUTH, JASON ROBERT - Unit: DAN-G-A

---------------------------------------------------------------------------------------

FROM: 57903019
TO: Health Services
SUBJECT: ***Request to Staff*** SOUTH, JASON, Reg# 57903019, DAN-G-A
DATE: 06/12/2019 08:19:06 PM

To: Health Services
Inmate Work Assignment: yard 6-2

I am requesting hormone therapy and "top surgery" , and other available medical treatments for my gender dysphoria to help in my transition {M2F}.
thank you
Jason South

U.S. DEPARTMENT OF JUSTICE        REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

#6/6/19

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **South Jason R.**    **57903-019**    **G-A**     **FCI Danbury**
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

Per Recomendation of Dr. Liberati and social worker in Health Services Dept. I was moving to M-Unit, Both believed it would be a better housing assignment due to my transitioning [M2F] and I additionally advocated on my own for a single cell for the same reasons but also for a safer situation while I begin to transition till I can transfer to a facility of my identified gender. In the Transgender Manual it states "In making housing assignments a transgender or intersex inmates OWN VIEWS WITH RESPECT to his/her safety must be GIVEN SERIOUS CONSIDERATION." which I feel I will be safest in a single cell and not in a dorm. Additionally, the statement quoted to denie me the move to M Unit is wrong and in VIOLATION of PREA ACT. AND Gender discrimination

6-17-19
   DATE                                   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

REC'D WARDEN DANBURY
JUN 19 2019 PM1:47

           DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

                                        CASE NUMBER: **98/688-F1**

ORIGINAL: RETURN TO INMATE

                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

          DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN           Printed on Recycled Paper                           BP-229(13)
                                                        APRIL 1982

Request for Administrative Remedy
Part B - Response

Name: SOUTH, Jason          Admin. Remedy Case #: 981688-F1

Reg. No.: 57903-019          Unit: West

This is in response to your Request for Administrative Remedy
dated June 17, 2019, wherein you are requesting a change in
housing unit assignment based on you being Transgender.

As stated in Program Statement, 5321.08, Unit Management Manual,
dated August 10, 2017, "The Unit Manager directs and manages the
housing unit and is responsible for the unit's operation and
security, within appropriate policy as well as for planning,
developing, implementing, supervising, and coordinating
individual program tailored to meet the particular needs of
inmates in the unit."

A review of this matter reveals you arrived to FCI Danbury on
November 6, 2018, as a Program Participation Transfer and
assigned to dormitory housing. Since your arrival, you have not
expressed any safety or security concerns to your unit team. The
Unit Manager consulted with psychology and medical staff for
their input regarding your request to be moved to a unit with a
cell, and your additional request to be celled alone based on
your gender identification. The decision for you to remain in a
dormitory environment is based on the visibility officer's and
unit team will have, which increases your safety. If you believe
your personal safety is in jeopardy, you are advised to report
your concerns to staff. Accordingly, your Request for
Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to
the Regional Director at the Bureau of Prisons, Northeast
Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut
Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be
received in the Regional Office within 20 calendar days of the
date of this response.

M. Licon-Vitale, Warden                    Date  7/8/19

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

| From: | Jason South R, | 57903-019 | G-A | FCI Danbury |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** I am Seeking $25,000,000.00 in damages.

I was asked by my 'Resolve' program treatment specialist/individual provider Dr. Liberati, and Health Services social worker Ms. Adamsons if I would like to move from the dorm I am in to M unit callblock to a cell due to that I suffer from Gender Dysphoria and am a transgender female starting to transition male to female to relieve my gender dysphoria I asked Dr. Liberati if I can be housed in a SINGLE CELL due to my situation and she instructed me to ask the UNIT TEAM of which I did and asked Caraozzi the unit team counselor who said no but would check with unit manager Ms. Moore. She said I may not be single celled OR even move to M unit. I advocated for a single cell to reduce the risk of inmate harrassment and risk of sexual assault, to be away from inmates as much as possible and out of sight, as what I have found over the years [13 yrs] to work for me the best as I have had many sexual assaults, and attempts, and an extreme amount of harassment. In order to have a restroom consistant with my identified gender. She first incorrectly quoted PREA policy, of which I corrected her, that the policy she quoted had nothing to do with the situation and was actually a policy statement to protect transgender people from being housed in a discriminating manner, at which time she changed the reason for the denial to 'alleged 'visibility of staff', which makes no sense because there is hardly ever any staff even in the dorm and when there are they are in the office paying no attention to the inmates, and I have seen MANY incidents where the CO staff never even saw the incidents. Plus there are many high risk inmates in M unit who have been housed there with out incident. Additionally, Psychology AND the health services Social worker who works with the Transgender Executive Counsel [TEC] for making transgender decisions BOTH strongly recomended I be housed in M unit to transition untill I was approved to transfer to a female facility consistant with my identified gender. I am being singled out and treated UNEQUALLY, inviolation of Equal protection clause, gender discrimination and not given accomodations as to the American Disibilites Act for my gender dysphoria. And denied a restroom consistant with my identified gender. I suffer extreme trauma due to sexual assault by staff in 2012 and TBI from staff assault

last year in Phoenix, Az FCI. I am trying to reduce trauma and treat trauma not enable it via single cell.

| 7-18-2019 | Jason South |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

| DATE | REGIONAL DIRECTOR |
|---|---|

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE      CASE NUMBER: 918 18

**Part C - RECEIPT**      CASE NUMBER: 981088R1

| Return to: | | | |
|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT:

| DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL |
|---|---|

BP-230(13)
JUNE 2002

UPN LVN

SOUTH, Jason
Reg. No. 57903-019
Appeal No. 981688R1
Page One

## Part B - Response

You appeal the response from the Warden at FCI Danbury regarding your request to be moved to another dormitory or be housed in a single cell based on your self-reported gender dysphoria.  You allege denying your request is discriminatory in nature and violates the U.S. Constitution and the American Disabilities Act.  You request a single cell assignment.

Program Statement 5200.04, Transgender Offender Manual, states, "In making housing unit and programming assignments, a transgender inmate's own views with respect to his/her own safety must be given serious consideration.  The agency shall not place transgender or intersex inmates in dedicated facilities, units, or wings solely on the basis of such identification or status, unless such placement is in a dedicated facility, unit, or wing established in connection with a consent decree , legal settlement, or legal judgment for the purpose of protecting such inmates."

A review of your appeal reveals the Warden adequately addressed your complaint.  The Unit Team is responsible for the unit's operation and security, to include the assignment of housing for inmates within the unit.  In the event you believe your safety is in jeopardy, contact a staff member immediately, stating the specific threat.  In addition, you may take advantage of the programs and services offered to assist with the psychological and health care issues that inmates who are transgender may experience.  Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons.  Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date:  August 30, 2019

J. RAY ORMOND
Regional Director

DAN 1330.18
ATTACHMENT A

### FEDERAL CORRECTIONAL INSTITUTION
### DANBURY, CONNECTICUT
### INFORMAL RESOLUTION

Inmate Name: Jason South          Reg. No. 57903-019
     Unit: GA                     Date: 7-18-2019

**NOTICE TO INMATE**: You are advised that normally prior to filing a
Request for Administrative Remedy, BP-229(13), you must attempt to
informally resolve your complaint through your Correctional Counselor.
Please follow the three steps listed below:

1. **State your complaint:** I am being denied accomodations (& Hormone
(therapy) guaranteed under federal law in the Americans with
Disabilities Act for Gender Dysphoria. Denial of accomodations
exasp erbate and cause great harm to my clinical gender dysphoria condition.
I am being denied a restroom, housing and facility consistent with
my gender dysphoria disability. I am seeking $20 million in damages.
2. **State what actions you have made to informally resolve your
complaint:** Sent EMails to Warden and A.W., unit manager and
filing now since denied

3. **State what resolution you expect:** Transfer to a facility
consistent to my identified gender. Housed in A-A until
transfer

Inmate's Signature: Jason South          Date: 7-18-2019

4. **Correctional Counselor's Comments (Steps Taken to Resolve):**
SEE BELOW

5. Informal Resolution WAS / WAS NOT accomplished. (Circle One)

_Oplee_
Correctional Counselor

7/22/19
Date

_____
Unit Manager

_____
Date

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 7/18/19 | 7/22/19 |  |  |  |
| TIME | 7:35 pm | 11:25am |  |  |  |
| COUNSELOR | _____ | _____ |  |  |  |

I'm is on the schedule to be
seen with the -call-outs
                          _Signature_ 7/22/19

TRULINCS  57903019 - SOUTH, JASON ROBERT - Unit: DAN-G-A

-------------------------------------------------------------------------------------

FROM: 57903019
TO: Warden
SUBJECT: ***Request to Staff*** SOUTH, JASON, Reg# 57903019, DAN-G-A
DATE: 07/19/2019 08:44:34 PM

To: Warden
Inmate Work Assignment: yard 6-2

Warden , Hi I would like to request a transfer to a facility consistent to my identified gender [female]. I am requesting to be
accommodated per the Americans with Disabilities ACT for my gender dysphoria disability , being housed in a men's facility
exasperates my gender dysphoria resulting in extreme emotional stress and psychological debilitating trauma. I was sent here
for "Resolve" PTSD trauma program per FBOP central office for trauma treatment related to a sexual assault by staff in 2012
and a head injury by staff in 2018 resulting in TBI and PTSD, as well as many sexual assaults and attempts by inmates for 13
years, and childhood\teenage assaults.
I would like to continue the Resolve program in a female facility consistent to my gender identity to treat my gender dysphoria
and PTSD trauma with female peers I relate with .

Thank you for your time,

Jason South 57903-019

McHugh

DAN 1330.18
ATTACHMENT A

**FEDERAL CORRECTIONAL INSTITUTION**
**DANBURY, CONNECTICUT**
**INFORMAL RESOLUTION**

Inmate Name: _Jason    South_        Reg. No. _57903-019_
    Unit: _GA_                        Date: _8-29-19_

**NOTICE TO INMATE:** You are advised that normally prior to filing a
Request for Administrative Remedy, BP-229(13), you **must** attempt to
informally resolve your complaint through your Correctional Counselor.
Please follow the three steps listed below:

1. **State your complaint:** _I am a transgender female_
_& identity as a female and am being_
_denied a transfer to a female gender_
_facility which denies my ability to treat my_
_dysphoria disability under the American with disabilities_
_act and The Rehabilitations Act. And causing psychological harm_

2. **State what actions you have made to informally resolve your**
**complaint:** _Talked to all staff_

3. **State what resolution you expect:** _Transfer to female facility_

Inmate's Signature: _[signature]_    Date: _8-29-19_

4. **Correctional Counselor's Comments (Steps Taken to Resolve):** _____
_SEE Attached_

5. Informal Resolution WAS / (WAS NOT) accomplished. (Circle One)

_____        _____
Correctional Counselor          Unit Manager

_____        _____
Date                            Date

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 8/28/19 | 9/9/19 | | | |
| TIME | 1137 | 0940 | | | |
| COUNSELOR | M | Mt | | | |

## Response to Administrative Remedy (BP-8)

Inmate: SOUTH, Jason

Register number: 57903-019

Date: 09-09-2019

Staff providing the response: Unit Manager Moore

In reference to your BP-8 dated 08-29-2019, where you make a request to be transferred to a female institution:

An investigation into this matter revealed you were advised by the Warden that your case was forwarded to the Transgender Executive Council (TEC) for review. The TEC will evaluate your suitability for re-designation and programming in a female population. You will be notified once a decision has been provided to the facility.

Counselor M. Canarozzi

I+5

DAN 1330.18
ATTACHMENT A

### FEDERAL CORRECTIONAL INSTITUTION
### DANBURY, CONNECTICUT
### INFORMAL RESOLUTION

Inmate Name: Jason South          Reg. No. 57903-019
Unit: G A                          Date: ~~~~~ 9-5-19

**NOTICE TO INMATE**: You are advised that normally prior to filing a
Request for Administrative Remedy, BP-229(13), you **must** attempt to
informally resolve your complaint through your Correctional Counselor.
Please follow the three steps listed below:

1. **State your complaint:** I   Purchased commissary items from
the female items transgender commissary list for Danbury FCI.
Shortly after (within 24 hrs.) I was being approached by inmates
asking if I purchased make-up and female items and making fun
of me in a harrassing manner humiliating me. I asked commissary
and psychology dept. to help me get the items with out any (cont...) pg2

2. **State what actions you have made to informally resolve your
complaint:** Talked to commissary, unit team and psychology dept
who stated I have no right to privacy per my diagnosis of
gender dysphoria and being transgender.

3. **State what resolution you expect:** Policy change of transgender
manual for transgender human beings that do not wish for inmates
to know they are transgender or transitioning. And to be transfered
to a female facility where I can wear my make up in the open to
treat my gender dysphoria with out harrassment and psycological stress.
Inmate's Signature: Jan South          Date: 9-5-19

4. Correctional Counselor's Comments (Steps Taken to Resolve): _____

SEE Attached

5. Informal Resolution WAS / WAS NOT accomplished. (Circle One)

Correctional Counselor _____          Unit Manager _____

Date _____                            Date _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 9/4/19 | 9/4/19 | | | |
| TIME | 17:45 | 17:5 | | | |
| COUNSELOR | WA | WA | | | |

PAGE 2 Attachment to BP-8                    Jason South 57903-019
                                             8-5-2019

inmates finding out which they aggreed to do , I filed a BP-8
after not receiving the purchase or a reply for around 30 days
and I was told to go to commissary the next morning to pick up
the purchase and was given the items in commissary .
Within 24 hours the inmate population knew I had purchased make-
up and knew exactly what the items I purchased where.
I complained to psycholgy dept. Dr. Liberati and Dr. Seaton who
I was under the impression from prior conversations said they
would help retrieve the items from commassary so I would not
get harrassed for being transgender by the inmate population
since I am transitioning "under the radar" to avoid just this
type of situation where I am humiliated and less safe .
I should not have to purchase female transgender commissary
items in front of inmates that exposes my diagnosis of gender
dysphoria and being transgender violating my right to privacy
and the Eighth Amendment .

   Dr. Seaton told me that I have no right to privacy being
   transgender and purchasing female items at commissary. I was
   also told that I will have to expect that the inmate
   population will know I am going to be taking hormone therapy
   when I start taking it this month.
My diagnosis of gender dysphoria is private . The release
of this information to the prison inmate population has
caused me great psychological harm and exasperated my gender
dysphoria and PTSD .

Powell v. Shriver  175 F.3d  107  (2nd cir. 1999)
"disclosure of fact that prisoner was transgender
violated her constitutional right to privacy & Eighth
Amendment"

## <u>Response to Administrative Remedy (BP-8)</u>

Inmate: SOUTH, Jason

Register number: 57903-019

Date: 09-09-2019

Staff providing the response: Warehouse-worker Watson

<u>In reference to your BP-8 dated 09-05-2019, where you complain of not being given privacy while you shopped for items:</u>

Commissary staff treat all inmates equally regardless of race, gender, sexual orientation and religion. That being said, although there are no special requirements regarding the sale of items to trans gender inmates, Commissary staff went out of their way to ensure South was able to purchase all requested items while the Commissary was vacant of other shoppers and ensured her Counselor was present to ensure South received all items in a discreet manner. Once the sale is complete, Commissary staff can not control how items are used and the privacy of those items once they are in the housing unit.

Counselor M. Canarozzi

**<u>FCI USE ONLY</u>**

ALL ITEMS PURCHASED ARE FOR PERSONAL USE ONLY
PLEASE TURN IN WITH YOUR WEEKLY COMMISSARY SHEET
No returns – Prices subject to change

LAST, FIRST NAME_____          REG #_____

**<u>MAKE UP PRODUCTS</u>** (LIMIT 1 EACH)

| | |
|---|---|
| ____Sunset Pro Lip Gloss | 8.95 |
| ____Nearly There Lipstick | 6.70 |
| ____Shadow - Sunlit Bronze | 6.55 |
| ____Shadow - Lavender Smoke | 6.55 |
| ____Pearlescent Pink Bush | 2.60 |
| ____Rose Champagne Blush | 2.60 |
| ____Cover Girl Tawny | 8.70 |
| ____Cover Girl Light BB Cream | 6.50 |
| ____Cover Girl Medium BB Cream | 6.50 |
| ____Cover Girl Deep BB Cream | 6.50 |
| ____Foundation Brush | 3.00 |
| ____Cotton Balls | 1.50 |

**<u>HAIR PRODUCTS</u>** (LIMIT 1 EACH)

| | |
|---|---|
| ____Claw Hair Clip | 2.95 |
| ____Foam Hair Rollers | 1.10 |
| ____Hair Spray | 9.25 |
| ____Conair QuickDry Vent Brush | 6.95 |
| ____Goody Brush/Comb Combo | 4.10 |

**<u>CLOTHING</u>** (LIMIT 1 EACH)

| | |
|---|---|
| Briefs 3 pack (Sz 5-8)   SZ____ | 7.30 |
| Briefs 3 pack (Sz 9-13) SZ____ | 10.00 |
| Sports Bra (Sz Sm-Lg)  SZ____ | 19.00 |

**<u>SHAVE</u>** (LIMIT 1 EACH)

| | |
|---|---|
| ____Bic Soleil Razors (4-pk) | 8.40 |
| ____Women's Shave Cream | 4.90 |

**<u>MISC</u>** (LIMIT 1 EACH)

| | |
|---|---|
| ____Timex Women's Watch | 32.00 |
| ____Female Fragrance | 4.25 |

**\*\*\*SNEAKERS – PLEASE SUBMIT A COP OUT TO MS WATSON, TRUST**

DAN 1330.18
ATTACHMENT A

**FEDERAL CORRECTIONAL INSTITUTION**
**DANBURY, CONNECTICUT**
**INFORMAL RESOLUTION**

Inmate Name: _Jason South_   Reg. No. _57903-019_
Unit: _SHU_   Date: _10-19-19_

**NOTICE TO INMATE**: You are advised that normally prior to filing a
Request for Administrative Remedy, BP-229(13), you **must** attempt to
informally resolve your complaint through your Correctional Counselor.
Please follow the three steps listed below:

1. **State your complaint:** _Denial of "Resolve" program in_
_a facility consistant with my gender identity to treat_
_my sexual assault trauma with my peers. (females)_
_I am a transgender female with extreme gender dysphoria_
_disability suffering great psychological harm in a mens facility_
_with out proper gender consistant trauma treatment._

2. **State what actions you have made to informally resolve** your
complaint: _Request to Staff_

3. **State what resolution you expect:** _Transfer to a female facility_
_consistant with my gender identity to treat sexual trauma_
_in female Resolve program due to   sexual assault by FBOP staff_
_in 2012 in Atlanta USP and sexual assault here at FCI Danbury by inmates_
_because I am transgender._
Inmate's Signature: _Jason South_   Date: _10-19-19_

4. Correctional Counselor's Comments (Steps Taken to Resolve): _
This has been addressed under Admin Remedy # 981688-F1_

5. Informal Resolution WAS / WAS NOT accomplished. (Circle One)

_____   _____
Correctional Counselor   Unit Manager

_____   _____
Date   Date

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10/16/19 | 10-27-19 | | | |
| TIME | 8:30 am | 1:05 pm | | | |
| COUNSELOR | | | | | |

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Individual Therapy**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 05/03/2019 10:11 | Provider: | Liberati, Cristina PhD/Resolve | | | |

#### Focus of Session

Inmate SOUTH was seen today per his Care2-MH status to assess his adjustment and functioning and for treatment of PTSD symptoms. As he came to DAN for Resolve, this author is overseeing his Care2MH monitoring.

#### Subjective/Objective Presentation

MR. SOUTH reported he is still experiencing PTSD-related symptoms including difficulty sleeping, nightmares, anxiety, hypervigiliance, intrusive thoughts and memories, and overall not feeling safe.  He reported that his thoughts have been racing and he has been feeling "very emotional" recently.  He denies self-injurious or suicidal ideation or intent, but reported some feelings of sadness, guilt, and mild depression as well.  It was discussed how his recent participation in the trauma workshop is triggering thoughts and feelings from his past.  Mr. SOUTH stated he spent a great deal of time reflecting on his life and  has made numerous connections on how his past traumas has led to unhealthy, self-destructive patterns such as how he has aggressively dealt with feelings of anger, frustration, and betrayal in the past. Mr. SOUTH opened up and discussed numerous additional traumas, such as being sexually assaulted as a teenager, and again numerous sexual and physical assaults while incarcerated.  He made insights on how he "overcompensated" his feelings of not feeling "normal" or vulnerable because of his identification as a female which led to his history of violence, and possession of excessive weapons throughout his lifetime. Mr. SOUTH was able to verbalize and process the challenges and emotional confusion from being seen individually in session and now also being part of a group with his primary therapist. He was also able to discuss numerous  painful encounters with BOP staff which he felt intensified his traumas.  Mr. SOUTH stated prior to his transfer to FCI-DAN, he was suicidal and had a plan on how to harm himself.  However, he stated he found out on the day he was going to initiate his plan (cut his throat) that he was being transferred to FCI-DAN to attend Resolve treatment.  Mr. SOUTH stated that he was very assertive and worked very hard in order to get transferred for Resolve treatment because he really wanted and needed the help.  He is denying current self-injurious or suicidal ideation or intent.   He stated he realized that treatment is bringing up emotions he has never allowed himself to deal with in the past and is willing and motivated to continue the treatment.

Mr. SOUTH continues to be medication compliant. He stated he realizes his sleep pattern of not wanting to go to bed at night is due to his trauma and is also effecting his mood and thought process.  He stated he is following up with Medical regarding his cardiac issues.

#### Intervention(s)

Mr. SOUTH was able to vent his feelings and he was provided supportive therapy and validation.  During session, connections were made from his past traumas, current triggers, and mood, and Mr. SOUTH was receptive.  Mindfulness skills such as "non-judgment" and "compassion" were emphasized during session and given for an additional assignment to Mr. SOUTH.  Psychoeducation on trauma was provided and how specific "safe coping skills" can be utilized in his daily life. Mr. SOUTH was receptive and willing to continue treatment.   In addition, he was also provided his psychology records (see note on same date)  during this session as he had requested.

#### Progress/Plan

Mr. SOUTH is stable. Continue Treatment Plan activities and monthly Care2-MH contacts focusing on learning and applying safe coping skills, DBT, and CPT skills. He is participating in the Trauma workshop and stated he is motivated to continue into the Resolve Program. He agreed to seek out assistance, as needed between Care2 group contacts and he is aware of the process for contacting Psychology Services on a routine and emergency basis.

**Diagnosis:**

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Other Specified Personality Disorder, F60.89 - Current

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 05/03/2019 10:11 | Provider: | Liberati, Cristina PhD/Resolve | | | |

Completed by Liberati, Cristina PhD/Resolve Coordinator on 05/03/2019 10:38

**Bureau of Prisons**
**Psychology Services**
**Administrative Contact with an Inmate**

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 05/09/2019 15:10 | Provider: | Seaton, Jessica PhD/Chief | | | |

**Comments**

Met with inmate regarding a BP-8 he submitted.  He sent a BP-8 indicating the new Transgender Offender Manual updates were discriminatory against transgender inmates.  Specifically, he believed the updates stated all transgender inmates would be assigned to a facility based on their biological sex (not taking into account which sex the inmate identifies as).  Writer met with SOUTH and brought a copy of the changes and explained that the updated policy took into account both biological sex and the sex the inmate identifies as.  It was explained that each inmate is reviewed on a case by case basis to ensure he/she is designated to the safest institution, commensurate with the treatment and medical needs of the inmate.  SOUTH withdrew the BP-8 and thanked writer for taking time to explain the policy changes.

Completed by Seaton, Jessica PhD/Chief Psychologist on 05/13/2019 09:55

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 05/28/2019 10:23 | Provider: | Liberati, Cristina PhD/Resolve | | | |

one of them" and tended to  have more female friends.  He reported he believes that his feelings of discomfort, depression, and aggression has been related to the fact that he does not feel he is a male and identifies more with being a female. He stated he believes his history of aggressive acting out behaviors are indicative of his overcompensating to try to deal with the discomfort and attempt to overcompensate and "act like a man."   In addition, he reported symptoms of anxiety due to this internal conflict and not feelings comfortable or "safe."   Due to the above a diagnosis of gender dsyphoria was added as a diagnosis.

## Care Level Formulation

Inmate SOUTH is currently CARE2-MH status. While he is medication compliant and carries mental health diagnoses, he is considered currently stable, being monitored (CARE2-MH),and seems to be utilizing generally constructive coping skills at this time. He agreed to seek out assistance from Psychology Services as needed and is participating in Resolve programming.

## Diagnosis:

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 05/28/2019 16:20

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 05/28/2019 10:23 | Provider: | Liberati, Cristina PhD/Resolve | | | |

other medical condition. A diagnosis of Bipolar I Disorder, Current or Most Recent Episode Depressed: Severe, is listed provisionally as additional assessments continue. Inmate SOUTH also presents with characteristics indicative of a personality disorder. He presents with an enduring pattern of inner experience and behavior that deviates markedly from the expectations of his culture, and is manifested cognitively, affectively, and with respect to interpersonal functioning. This pattern is inflexible and pervasive across a broad range of situations, and leads to clinically significant distress and impairment in a variety of areas of functioning. He presents with a failure to conform to social normal with respect to lawful behaviors and a tendency to rationalize having mistreated others. This pattern appeared to begin as early as 11 years of age. He also appears to fluctuate between extremes of idealization and devaluation of others, causing a series of unstable and chaotic relationships, as well as affective instability due to a marked reactivity of mood and intense anger, and has a history of self-harm behaviors.

Records indicate Inmate SOUTH's main sources of anxiety have been related to perceived injustices (sentence length, lack of transfer to a treatment program, cell accommodations, other issues related to incarceration) and some family related issues. According to a previous DCLF, "PTSD related symptoms (reported increase in nightmares and overall distress) seem to have presented more frequently since his arrival to this facility," and a diagnosis of PTSD was assigned. That provider stated, however, "Of note, since the alleged incident in '2013' his sessions have not focused on the alleged trauma or symptoms related to the alleged trauma." It is unclear whether this is because he has experienced an improvement in trauma-related symptoms, versus trauma-related symptoms have become secondary to a mood disorder, "identity" crisis, and other stressors in terms of current distress and impairment. The diagnosis of PTSD will be maintained."

In 2017, while in USP Atlanta, inmate SOUTH's primary psychologist requested placement in the Resolve Trauma Program since he reported his PTSD-related symptoms had intensified. During that time, inmate SOUTH reported he was the victim of sexual abuse by a Staff member, and had also been physically assaulted by another staff member while he was conducting bar taps. Inmate SOUTH stated the officer dropped a "mallet" on his head while he was sleeping which caused medical and psychological issues.  While at FCI-DAN, inmate SOUTH has completed the trauma workshop and his mood has been stable on Inderal.  He recently discontinued taking Cymbalta for depression.

## Presenting Problem/Symptom

Inmate SOUTH reported feelings of distress related to his current gender. He stated he has been struggling with feelings of anxiety, depression, anger, frustration, and confusion because although he is biologically male he has felt as if he is female from as early "as I can remember."  He stated he has been struggling with this issue for most of his life and that he believes it has led to many of his behavioral and psychological issues, including  eventually his criminal behaviors. Inmate SOUTH stated he has now decided he would like to begin the transition process to become the gender in which he identifies himself as being, a female.

## Diagnostic Reconciliation

In formulating a diagnosis, reconcile discrepancies between diagnostic impressions.

(x ) N/A. There is no discrepancy between diagnostic  impressions in the record. an additional diagnosis was added

( ) Discrepancies with past BEMR diagnoses were identified and resolved. See diagnostic formulation below.

( ) Discrepancies between current Psychology-rendered and Health Services-rendered BEMR diagnoses were noted but were unable to be resolved due to differing clinical opinions. See diagnostic formulation below.

## Diagnostic Formulation

A diagnosis of Posttraumatic Stress Disorder, Bipolar I Disorder, and Other Specified Personality Disorder Mixed which was given by inmate's primary mental health clinician and remains unchanged at this time.  See DCLF (dated 6/15/18) for further detail.

Inmate SOUTH reported since being a very young boy he has had a very strong and persistent cross-gender identification. He stated he always remembers feeling more like he was a "girl." He stated he remembered when he was a young boy in the bathtub that he wished he did not have his penis, and also that he did dress like a female on certain occasions.  This identification as a female manifested by a stated desire to be the opposite sex and persistent discomfort with his biological assigned sex. Inmate SOUTH stated he always felt he related more to females as if "I was

**Bureau of Prisons**   **\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Psychology Services**

**Diagnostic and Care Level Formulation**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 05/28/2019 10:23 | Provider: | Liberati, Cristina PhD/Resolve | | | |

### Relevant Historical Information

Inmate SOUTH is a 40-year-old Caucasian, single male with no children. He is currently serving a 300-month sentence for POSS UNREG F/A, POSS F/A BY CONV FELON, MANF/TRANS/DIS UNREG DEST DIV, PWID METH.

He was transferred to FCI-DAN in November 2018, to attend the RESOLVE/trauma program due to a diagnosis of Posttraumatic Stress Disorder. He is currently a Care2-MH; however, his care level has fluctuated from a Care1-MH to a Care2-MH throughout his incarceration (7-14-10 to present). He has been in eight different institutions and had over 150 contacts with mental health services per his request. Inmate SOUTH was previously diagnosed with panic disorder, agoraphobia, panic disorder without agoraphobia, depressive disorder NOS, major depressive disorder, antisocial personality disorder, and personality disorder. Inmate SOUTH had a remote history of suicidal ideation and suicidal gestures during his teenage years which was documented in his PSR; however, he has not demonstrated any suicidal behaviors in adulthood and since incarceration. His medication history includes Xanax, Celexa and Zoloft.

Previous records indicate that "inmate SOUTH reported a notably chaotic and unstable childhood. His father died before he was born, and his mother died from alcoholism when he was 22 years old. He described his mother as a "violent drunk," and as a result he was removed from her custody at age 12. During his teenage years, he moved repeatedly between foster homes to his maternal grandmother's home, where he lacked supervision and engaged in criminal behaviors (stealing for food, fighting, running away, etc.). According to the PSI, a psychological evaluation was conducted in 1991 (requested by the school) as Inmate SOUTH was exhibiting behavioral problems including stealing, fighting, skipping school and being destructive. The evaluators indicated he was "experiencing numerous difficulties, particularly in the area of conduct disorders, depression, and anxiety." He was described as "depressed, angry, anxious and acting out his anger with little insight or judgment, often blaming others for his behavior." A psycho-educational report from the school system, dated 1991, noted he was often involved in verbal and physical altercations with his peers, and responded in a defiant manner when confronted
regarding his behavior. His Full Scale IQ was noted to be in the high-average range with a significant discrepancy between his verbal and performance scores, suggesting that while he 'has superior intellectual potential, he has difficulty demonstrating this in the verbal expressive modality.'"

According to previous records, (see DCLF, dated 6/15/18) inmate SOUTHs' previous diagnoses include: Alcohol Dependence, Cocaine Dependence, Antisocial Personality Disorder, Panic Disorder with Agoraphobia, Adjustment Disorder with Depressed Mood, Major Depressive Disorder, Agoraphobia, PTSD, Conduct Disorder and Personality Disorder.
In his latest DCLF, (6/15/18) his Primary Psychologist diagnosed inmate SOUTH with the following diagnoses: Bipolar I Disorder: Current or Most Recent Episode Depressed: Severe Other Specified Personality Disorder - Mixed Personality Traits, and Posttraumatic Stress Disorder. Her diagnosis was based on the following information. "Inmate SOUTH reports a history of distinct periods of abnormally and persistently elevated, expansive or irritable mood, and abnormally and persistently increased goal-directed activity or energy, lasting a week or longer. During this period, this mood disturbance is accompanied by inflated self-esteem or grandiosity; decreased need for sleep; talkativeness; flight of ideas or racing thoughts; distractibility; increased goal-directed activity and psychomotor agitation; and excessive involvement in activities with a high potential for painful consequences. His mood disturbances have been sufficiently severe to cause marked impairment in functioning, and has necessitated inpatient psychiatric hospitalization. As the inmate denies having abused stimulants, instead preferring "downers," there is no indication these episodes have been attributable to the physiological effects of a substance. At the present time, Inmate SOUTH appears to be experiencing a major depressive episode: For more than two weeks, he has experienced depressed mood nearly every day, most of the day; he has endorsed diminished pleasure in most activities; reports insomnia; experiences psychomotor retardation, which has also been observed; endorses fatigue and loss of energy; reports feelings of worthlessness and excessive guilt; states he suffers from poor concentration; and has described thoughts of "unconsciousness," or death. These symptoms have caused clinically significant distress and impairment in various areas of functioning, and a recent medical examination rules out the likelihood these symptoms are attributed to the physiological effects of a substance or

**Bureau of Prisons**
**Psychology Services**
**General Administrative Note**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M          Facility:  DAN | Unit Team: | W |
| Date: | 05/28/2019 14:08 | Provider: | Liberati, Cristina PhD/Resolve | | |

### Comments

Inmate SOUTH contacted the writer and informed her that he completed the BOP A110 Consent Form for Transgender Inmates. See attached form consenting to a CMA Sentry Assignment Change.  The code TRN M2F was added to Sentry. Please see DCLF on the same date regarding an additional diagnosis of Gender Dysphoria in Adolescents and Adults.

**Diagnosis:**

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 05/28/2019 15:36

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 06/10/2019 15:01 | Provider: | | Liberati, Cristina PhD/Resolve | | |

( ) Other:

## Findings

As required by PS 5324.12 Sexually Abusive Behavior Prevention and Intervention Program, inmate SOUTH was seen by Psychology Services on today's date and was offered follow-up per their above noted risk factors.

Based on this clinical assessment, the inmate is considered at this time to be at:

(x)  Low Risk of Victimization at this facility.  There are no recommends regarding housing, work, or education assignments. Clinically, it was determined that Mr. SOUTH remains a low risk of victimization at this time. He has not reported any harassments or threats from others, and it appears other inmates are not aware of his recent request to transition.  His risk level will be reassessed as needed in the future, especially when he is actively in hormone treatment.

( )  Moderate Risk of Victimization.  The Unit Team and Correctional Staff have been notified regarding Psychology staff's recommendations that the inmate not be housed with any inmates identified as at risk for sexual abusiveness. Psychology also recommends a greater level of supervision regarding work and education assignments.

( )  High Risk of Victimization.  It is recommended this inmate be housed in the Special Housing Unit in accordance with P5324.12 until Correctional Services and Program staff can assess the appropriateness of placement on the general compound at this facility.  This inmate should not be housed with any inmates judged to be at increased risk for sexual abusiveness.

## Recommendations

Inmate was informed of the Federal Bureau of Prison's Zero Tolerance policy regarding sexual abuse and how to report incidents of sexual abuse to staff both inside and outside of the facility.

Inmate was transferred to FCI-Dan to participate in the Resolve Program and completed the trauma workshop. He is pending testing to begin the Resolve Program. He is also seen for monthly Care2-MH treatment contacts, and as needed per his request. SOUTH was informed on how to reach Psychology Services should a need arise.  No follow-up necessary at this time.

**Diagnosis:**

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 06/10/2019 15:52

**Bureau of Prisons**
**Psychology Services**
**Risk of Sexual Victimization**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M          Facility:  DAN | Unit Team: | W |
| Date: | 06/10/2019 15:01 | Provider: | Liberati, Cristina PhD/Resolve | | |

**Comments**

The writer received this email today upon her return from annual leave. Mr. SOUTH wrote the below on 6/6/19. His risk of victimization was initially evaluated by the Chief Psychologist when he was first transferred to FCI-DAN and found to be a Low Risk (see note dated, 11/7/18). However, Mr. SOUTH recently changed his CMA Assignment to TRN M2F and has consulted with Medical requesting information regarding hormone treatment to begin his transition. He sent the below email expressing safety concerns due to his transition and due to his history of prior sexual victimization. Although the sexual assaults and harassment were reported at his previous institutions and he denied experiencing sexual assaults or harassment since he transferred to FCI-DAN, due to all of the above his risk of sexual victimization level was reassessed today.

"Dr. xx I just spoke with counselor xx and I am requesting a single cell for a number of factors as to me being Transgender, including once I start hormones I will gain secondary female characteristics, changing and using the restroom in the cell , and my perceived safety. [which in the TG manual says should be given serious consideration] [and with all I have been thru with sexual assaults {one by staff} and attempted sexual assaults, and 100's of sexual harassments is greatly well founded] I have history of sexual victimization, and am particular vulnerable being a transgender female , that I would respectfully request your recommendation for a single cell assignment per Transgender Manual Program and PREA to my unit team. Until I am able to transfer to a facility of my identifying gender this would be an appropriate resolution to ensure my safety and psychological well being.
Thank you,
Jason South"

**Risk Factors**

Based on self-report by the inmate and previous records Mr. SOUTH was identified as:

( x ) History of prior sexual victimization
(   ) Criminal History is exclusively nonviolent
(   ) First incarceration
(   ) Prior convictions for sex offense against adult/child
(x  ) Perceived LGBTI or gender non-conforming - Currently, others do NOT perceive him as LGBTI, but recently he changed CMA assignment to TRN M2F - requested information on hormone treatments from Medical.
(   ) Small physical stature
(   ) Under 21 yrs old, older than 65 yrs old
(x  ) Hx dev/mental/medical disabilities - transferred due to PTSD dx/Resolve Program
(   ) Being at risk based on cumulative factors
(   ) Other:

Protective factors were also reviewed and the following were noted:

( ) Multiple incarcerations without history of victimization
( ) No history of childhood sexual victimization
( ) Large build
(x ) Over 21 years old
(x ) Assertive presentation
(x ) Violent criminal history (minor < 5years)
( ) No developmental/mental/medical disabilities
( ) No current mental health concerns, including excessive worry about sexual victimization- transferred to Resolve Program for PTSD
( ) Does not self-identify as LGBTI
(X ) Denies being fearful of general population - Currently denies being fearful but is concerned for future when he begins hormone treatments.

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 06/10/2019 15:52 | Provider: | Liberati, Cristina PhD/Resolve | | | |

Posttraumatic Stress Disorder, F43.10 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 06/11/2019 09:00

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Individual Therapy**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 06/10/2019 15:52 | Provider: | Liberati, Cristina PhD/Resolve | | | |

### Focus of Session

Inmate SOUTH was seen today per his Care2-MH status to assess his adjustment and functioning and for treatment of PTSD symptoms. As he came to DAN for Resolve, this author is overseeing his Care2MH monitoring. He also was seen to reassess if his risk of sexual victimization level is appropriate at this time. (See risk note on same day, 6/10/19).

### Subjective/Objective Presentation

When seen today, Mr. SOUTH was highly agitated and stated he was considering checking himself into SHU. He reportedly is medication compliant but is currently experiencing intense feelings of anger and some paranoia. He claimed that BOP staff are "against me" and "out to get me." He claimed he was being "retaliated against" and he is not sure why. According to Mr. SOUTH, after he was offered a transfer into a two person celled unit and then requested to be celled alone due to his pending transition from male to female, he felt he was refused unfairly. Mr. SOUTH stated he reached out to various Staff members to discuss the policy and felt their interpretation was not accurate. Since they did not agree with his opinion and said "no" to his request he stated that he felt they are all "dicks" and "out to get me." He stated he was not sure if I was part of that group and most likely was also "in on it." He was aware that his feelings were being based on past traumas and experiences and not only the current situation. Mr. SOUTH stated he would like to be transferred to a female facility and begin his hormone treatment immediately so he can instantly become the vision of himself that he sees internally. Mr. SOUTH stated thinking about living as a female made SOUTH very happy and since that is not happening immediately South admitted he became angry and depressed. As the session progressed, he stated he does not believe that I am against him and was appreciative for the session. He denied self-injurious or suicidal or homicidal behavior or intent. His mood was more calm, but he still exhibited some mild anxiety and irritability.

### Intervention(s)

The session focused on challenging the irrational beliefs based on "all or nothing/black and white thinking" and he was somewhat receptive. However, he stated that he felt he needed to pursue legal action, beginning with BP8s in order to "fight for myself and others" in similar situations (transgender). The session also focused on learning skills to delay instant gratification and that if he does not automatically immediately get his way how to cope appropriately. Through the session, Mr. SOUTH developed insight on how since he was never told "no" in his life he does not know how to handle it. He stated he has difficulty with the concept of others saying "no" to him and "why can't they just do what I want." He was able to see how his thought process becomes irrational leading to thoughts such as "I have failed"... "I am a loser"..."I am not important." These thoughts then lead to feelings of intense rage and anger toward self and others. Mr. SOUTH admitted this is the pattern he has had his entire life and that it has been emotionally draining for him and a constant "struggle." Mr. SOUTH stated he would like to try healthier coping styles then acting out aggressively toward self or others. He was able to praise himself at the progress he has made and that he did "bite my tongue" numerous times when talking to Staff instead of lashing out verbally as he has in the past. This behavior was praised and he was encouraged to continue to be aware of his pattern and apply healthier coping skills. During the session, his irrational beliefs were challenged and they were replaced with more rationale, healthier beliefs. He was also given several assignments to complete on his own including a relaxation exercise, a written assignment focusing on the above behaviors, and reading a section of bibliotherapy provided on CBT. He was mainly receptive to the above and agreed to do the assignment. He was calm by the end of the session and appreciative.

### Progress/Plan

Mr. SOUTH is stable. Continue Treatment Plan activities and monthly Care2-MH contacts focusing on learning and applying safe coping skills, DBT, and CPT skills, especially in areas of delaying gratification, anger and anxiety management, and problem-solving. He completed the Trauma workshop and stated he is motivated to continue into the Resolve Program. He is pending testing to enter the Resolve Program. He agreed to seek out assistance, as needed between Care2 group contacts and he is aware of the process for contacting Psychology Services on a routine and emergency basis.

**Diagnosis:**

Bipolar I Disorder: Current or Most Recent Episode Depressed: Severe, F31.4 - Current

**Bureau of Prisons**                                   **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Records Request/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M     Facility: DAN | Unit Team: W |
| Date: | 06/24/2019 15:19 | Provider: | Seaton, Jessica PhD/Chief | |

**Comments**

Inmate requested his records from the last 3 months.  His records were reviewed and released from March 2019-today's date.  They were provided to his primary psychologist to give to inmate at their next meeting.

Completed by Seaton, Jessica PhD/Chief Psychologist on 06/24/2019 15:21

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: W |
| Date: | 07/09/2019 13:53 | Provider: | Liberati, Cristina PhD/Resolve | | |

SOUTH's current emotions, beliefs, and actions. SOUTH recommitted to treatment, but also committed to self in allowing the changes and healing/treatment to continue without resorting back to unhealthy ineffective coping strategies which were used in the past. SOUTH reportedly was able to "let go" and "trust the process more" which decreased anxiety and overall fear. SOUTH's fear of being disappointed or angry with the writer, the BOP, himself, or others in the future was processed and it was normalized how this will be the case and that is why effective communication is so important. SOUTH agreed.

### Intervention(s)

SOUTH is currently stable and his mood has significantly improved since last session. SOUTH presents more calm, and returned to being open-minded and receptive for treatment. SOUTH was praised for the progress made on utilizing the healthier coping skills including writing and throwing it away when angry and "delaying" behavior rather than acting out. SOUTH used healthier self-talk and has become somewhat more compassionate with self this was positively reinforced. In addition, he utilized self-soothing techniques including music, "turtling," and letting the feelings pass rather than being reactive.  SOUTH was provided an assignment in the daily DBT diary book and stated would bring it to the next session for review and discussion. It is recommended SOUTH continue to utilize the skills learned, especially DBT skills working on helping regulate emotions and handling distress tolerance and SOUTH agreed.   SOUTH was scheduled for a callout for testing which had to be rescheduled due to security issues on the compound.

### Progress/Plan

SOUTH is stable. Continue Treatment Plan activities and monthly Care2-MH contacts focusing on learning and applying safe coping skills, DBT, and CPT skills, especially in areas of delaying gratification, anger and anxiety management, and problem-solving. He completed the Trauma workshop and stated he is motivated to continue into the Resolve Program. He is pending testing to enter the Resolve Program. He agreed to seek out assistance, as needed between Care2 group contacts and he is aware of the process for contacting Psychology Services on a routine and emergency basis.

**Diagnosis:**

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 07/09/2019 15:36

**Bureau of Prisons**          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Psychology Services**

**Clinical Intervention - Individual Therapy**

| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M        Facility: DAN | Unit Team: | W |
| Date: | 07/09/2019 13:53 | Provider: | Liberati, Cristina PhD/Resolve | | |

### Focus of Session

Inmate SOUTH was seen today per his Care2-MH status to assess his adjustment and functioning and for treatment of PTSD symptoms. As he came to DAN for Resolve, this author is overseeing his Care2MH monitoring.

### Subjective/Objective Presentation

\*\* Special note- since SOUTH requested to begin the transition process to female, he informed the writer it was okay to continue to use "Mr." and "him" in notes and to address him at this time. SOUTH stated since he is still not ready to have other inmates know about his transition as of yet addressing him this way would be most appropriate.  He will be addressed as "SOUTH"  as much as possible.

When last seen, the issue of SOUTH's emails written to Staff was addressed, including emails to the writer which fluctuated over the past month of appreciation, to anger and suspicion of possible "retaliation" toward him.  Boundary setting regarding what is appropriate to write to Staff and healthier coping skills of not sending emails or letters when angry was discussed.  SOUTH was able to process and has good insight on how intense feelings and more aggressive behaviors over the past month were more indicative of triggers of past traumas and ineffective patterns of dealing with triggers, fears, and goals.  SOUTH was able to assimilate that the aggressive behavior was causing self-harm and "cutting off my own nose"  rather than assisting in reaching his goals.  SOUTH discussed how the application of daily self-talk, and using more appropriate, healthier coping skills to deal with the feelings and fears has been significantly more effective and greatly improved SOUTH's mood.  In addition, the sessions have been addressing and normalizing SOUTH's intense feelings of fear and uncertainty that has been coming up since he has decided to begin the transgender transition process and also due to the self-improvement/changes SOUTH has made during treatment. During the session SOUTH was able to acknowledge the progress and he was praised for the changes made even prior to beginning the actual Resolve Program.  Since SOUTH is highly intellectual and has good insight and awareness of his progress, it was discussed how clinically it is part of treatment to react and return to ineffective coping styles such as aggressive emails (legal/policy), suspicion, isolation, and feeling as if he needs to attack to protect himself and have his needs met.  The concept of getting comfortable with the discomfort of SOUTH's changes was addressed and that even though SOUTH's previous style was "exhausting mentally and physically" for him he admitted it  was "comfortable" because it is known.  SOUTH reportedly made a conscious decision to commit to self-care and decreasing unnecessary suffering, stating, "I can't keep living like that. I have to change."  SOUTH agreed to allow Staff, including the writer and Chief Psychologist, to assist in getting psychological and safety concerns addressed, including the possibility of advocating for a cell once the hormone treatments begin in the future.   A healthier communication style was agreed upon in which SOUTH and the writer can address concerns, fears, or anger-related issues more effectively between sessions.

SOUTH appeared visibly calm, without hat and sunglasses that usually covered SOUTH's face in the past.  SOUTH stated that he diligently is working on changing his daily routine to eliminate the severe perseveration of thoughts he experienced from waking up in the morning to throughout the day which caused severe anxiety and feelings of intense anger.  These thoughts triggered past traumas and caused SOUTH additional emotional suffering.   SOUTH reportedly worked on staying in the present, returning to inspiring music, such as Taylor Swift, and began to go outside and exercise.  SOUTH stated he returned to watching tv shows that are entertaining and talking to several inmates on the unit.  SOUTH experimented and practiced with giving small items to other inmates, just to give and "not expect anything in return."   SOUTH stated all the above were very helpful.  In addition, SOUTH reported medication compliance. S

SOUTH is no longer exhibiting irritability, suspicion, or paranoia and made the connection on how these feelings are characterological and based on patterns learned while growing up and while incarcerated.  SOUTH was clear and had insight that to change these patterns would take daily mental work on his part, but stated he has been actively working on making these changes. The change was visible in SOUTH's presentation during the session which was consistent with the changes SOUTH reportedly made.

SOUTH was again receptive to discussing highly emotional topics such as  past triggers/abuse and the connection to

**Bureau of Prisons**
**Psychology Services**
**Psychological Testing**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 07/12/2019 15:23 | Provider: | Liberati, Cristina PhD/Resolve | | | |

### Comments

Resolve Psychosocial/Assessment & Testing for Program Eligibility:

Inmate SOUTH successfully completed the Traumatic Stress & Resilience Workshop and submitted the "Request to Participate in the Resolve Non-Residential Program" form. He also has a history of traumatic stress verified by Intake, PSI. Therefore, he was placed on the call-out today to initiate the following assessments to determine program eligibility:
-Psychosocial History Form
-Stressful Life Experiences Screening (SLES)
-Review of the Traumatic Stress & Resilience Journal (including the self-assessment)
-Beck Anxiety Inventory (BAI)
-Beck Depression Inventory II (BDI-II)
-The PTSD Symptom Scale (Self-Report Version)
-The Personality Assessment Inventory (PAI)

PLAN: Assessment findings will be reviewed to determine DSM-V diagnoses and Resolve Program eligibility.

Completed by Liberati, Cristina PhD/Resolve Coordinator on 07/12/2019 15:25

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 08/02/2019 13:42 | Provider: | Liberati, Cristina PhD/Resolve | | | |

Personality Disorder. This diagnosis was discussed with SOUTH and he agreed that it describes what he has been experiencing throughout his lifetime.

<u>Intervention(s)</u>

SOUTH was counseled on this behavior and refocused on utilizing more appropriate, healthier coping skills when feeling angry, rather than sending the writer inappropriate emails. Boundary setting and consequences were discussed during the session and it was made clear behaviors that would lead to incident reports or SHU status. In addition, the behavior was processed with SOUTH clinically in that he is displaying symptoms of Borderline Personality Disorder. The diagnostic criteria of Borderline Personality Disorder was discussed with SOUTH and he wholeheartedly agreed that he meets every criteria for the personality disorder. SOUTH remained insightful as he was provided psychoeducation on this personality disorder and understood that the skills we are currently working on, DBT, was the empirically validated treatment for this disorder. SOUTH was highly motivated to continue treatment and agreed to work on the assignment given focusing on DBT skills to help regulate his emotions, distress tolerance, improve interpersonal relationships, and self-esteem.

By the end of the second session, SOUTH was stable. SOUTH presented more calm, and returned to being open-minded and receptive for treatment.

<u>Progress/Plan</u>

SOUTH is stable. Continue Treatment Plan activities and monthly Care2-MH contacts focusing on learning and applying safe coping and DBT skills to help regulate his mood, improve communication, and distress tolerance. He is motivated to continue into the Resolve Program and completed Resolve testing. He will be placed in the next available Phase I Seeking Safety group.

He agreed to seek out assistance, as needed between Care2 group contacts and he is aware of the process for contacting Psychology Services on a routine and emergency basis.

**Diagnosis:**

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Borderline Personality Disorder, F60.3 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 08/05/2019 14:19

**Bureau of Prisons**                                                  **\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Psychology Services**

**Clinical Intervention - Individual Therapy**

| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: W |
| Date: | 08/02/2019 13:42 | Provider: | Liberati, Cristina PhD/Resolve | | |

## Focus of Session

Inmate SOUTH was seen today per his Care2-MH status to assess his adjustment and functioning and for treatment of PTSD symptoms. As he came to DAN for Resolve, this author is overseeing his Care2MH monitoring.

## Subjective/Objective Presentation

SOUTH initially presented as stable. He stated that he has noticed an improvement in his mood this past week and stated that he believes it is from being placed back in the 10 man room on the dorm. He stated he has also been utilizing the DBT skills and finds them helpful. SOUTH continues to make connections on how his past traumas are impacting his mood, and has some insight that practicing the DBT skills daily can decrease his symptoms and help regulate his mood. SOUTH stated the DBT diary is helpful and agreed to continue working on it on daily. He again admitted to having difficult leaving the session when it was completed and asked to have a "weekend retreat." SOUTH stated he has noticed an overall improvement in his mood and a decrease in his impulsivity. He admits to still having "good and bad days."

However, almost immediately after the completion of the session, SOUTH received mail which confirmed his denial of a transfer to another unit and to a female facility at this time. SOUTH again became enraged and sent the writer an email accusing her of being "against him" and lying and spinning the truth. He also, returned to the writer's office and slipped the denial paperwork under her door. The paperwork included a picture of his mother's grave. SOUTH was immediately called to address this behavior and return the paperwork. The picture of the grave was questioned regarding whether it was suggestive of suicidal ideation and he denied it stating, "I told you I was okay in my email. That is a picture of my mother's grave." As the session progressed, he was able to admit he impulsively reacted out of anger toward the writer for receiving a denial on his requests.

SOUTH's behavior is indicative of Borderline Personality Disorder in which he displays a pervasive pattern of instability of interpersonal relationships, self-image, and affects marked impulsivity, beginning by early adulthood, frantic efforts to avoid real or imagined abandonment. He stated "I believe I was also like this as a child." His efforts to avoid abandonment has been a consistent theme throughout our treatment, and also with previous therapists. SOUTH stated it feels as if he is being abandoned when the session is over and does not want to leave. This feeling of abandonment then appears to trigger feelings of anger and he impulsively reacts verbally lashing out at the writer "devaluing" her in emails immediately after the session. However, SOUTH "idealized" her during sessions stating she and the session were very helpful and that he feels "calm." SOUTH also frequently stops by the writer's office without a callout and writes numerous emails to the writer each day in an attempt to stay connected to the writer and not feel abandoned. SOUTH reports that he has struggled with his self-image and admits his sense of self if very unstable and causes him a great deal of anxiety and distress. SOUTH reportedly felt this way his entire life and, in addition, recently decided to begin to transition to a female in hopes this will help stabile his self-image and he can feel more like "true self." SOUTH admitted that throughout his lifetime he has recurrent suicidal ideations and has made suicidal threats in the past, especially when he has been told "no" or denied a request. He stated that fantasizing about suicidal behavior in the past has been relaxing for him. SOUTH denied current suicidal ideation, intent, or behavior. In addition, SOUTH interpersonal relationships have reportedly been unstable and intense. For example, currently his sister, is his only remaining family member and he reports a long history of intensity and instability in this relationship in which they are "best of friends" or they are not speaking after an intense fight. He denies having a healthy social network of friends or support. He has stated in an email while apologizing for his behavior to the writer that she is "all I got." SOUTH reports chronic feelings of emptiness, and exhibits transient, stress-related paranoia and dissociative symptoms. This is evident in his emails or during sessions when he is denied a request that "everyone is against me," "everyone is out to get me." In addition, he continually questions the writer whether he can trust the writer or she is lying and "you are with them (BOP) and out to get me." After one of these episodes SOUTH's affect again rapidly changes and feels remorseful and appreciative and returns to "idealizing" the writer. SOUTH's impulsivity is potentially self-damaging in which he will discontinue eating, and prior to incarceration reckless sexual and substance abuse. SOUTH admits experiencing periods of intense anger and difficulty controlling his temper which is evident during sessions and his self-report with experiences on the unit with other inmates and with other Staff. Due to the above he was diagnosed with Borderline

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 08/05/2019 10:48 | Provider: | | Liberati, Cristina PhD/Resolve | | |

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Cannabis Use Disorder, Severe, F12.20*b - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Borderline Personality Disorder, F60.3 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 08/09/2019 11:47

| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M     Facility:  DAN | Unit Team: | W |
| Date: | 08/05/2019 10:48 | Provider: | Liberati, Cristina PhD/Resolve | | |

A diagnosis of Gender Dysphoria in Adolescents and Adult was given by inmate's primary Psychologist, the writer and remains unchanged at this time.  SOUTH reported feelings of distress related to his current gender. He stated he has been struggling with feelings of anxiety, depression, anger, frustration, and confusion because although he is biologically male he has felt as if he is female from as early "as I can remember." He stated he has been struggling with this issue for most of his life and that he believes it has led to many of his behavioral and psychological issues, including eventually his criminal behaviors. SOUTH stated he has now decided he would like to begin the transition process to become the gender in which he identifies himself as being, a female. See DCLF dated 5/29/19 for further detail.

Previous records and SOUTH's self-report confirms that he began abusing substances at the age of 13 smoking marijuana.  At age 15, he reportedly began abusing alcohol.  He stated he abused both daily until his arrest.  According to his PSI, SOUTH had been court ordered to participate in substance abuse treatment on at least two occasions, but it did not appear he attended.  While incarcerated, SOUTH received several incident reports involving either the possession and/or use of substances. He admitted that his substance abuse had negatively impacted numerous areas of his life including school, relationships, and led to legal issues.  Due to the above, diagnoses of Alcohol Use Disorder, Severe and Cannabis Use Disorder, Severe were added.

In addition, SOUTHs behavior is indicative of Borderline Personality Disorder in which he displays a pervasive pattern of instability of interpersonal relationships, self-image, and affects marked impulsivity, beginning by early adulthood, frantic efforts to avoid real or imagined abandonment.  He stated "I believe I was also like this as a child."  His efforts to avoid abandonment has been a consistent theme throughout our treatment, and also with previous therapists.  SOUTH stated it feels as if he is being abandoned when the session is over and does not want to leave. This feeling of abandonment then appears to trigger feelings of anger and he impulsively reacts verbally lashing out at the writer "devaluing" her in emails immediately after the session.  However, SOUTH  "idealized" her during sessions stating she and the session were very helpful and that he feels "calm."  SOUTH also frequently stops by the writer's office without a callout and writes numerous emails to the writer each day in an attempt to stay connected to the writer and not feel abandoned. SOUTH reports that he has struggled with his self-image and admits his sense of self if very unstable and causes him a great deal of anxiety and distress.   SOUTH reportedly felt this way his entire life and, in addition, recently decided to begin to transition to a female in hopes this will help stabile his self-image and he can feel more like "true self."  SOUTH admitted that throughout his lifetime he has recurrent suicidal ideations and has made suicidal threats in the past, especially when he has been told "no" or denied a request.  He stated that fantasizing about suicidal behavior in the past has been relaxing for him. SOUTH denied current suicidal ideation, intent, or behavior. In addition, SOUTH's interpersonal relationships have reportedly been unstable and intense.  His sister is his only remaining family member and he reports a long history of intensity and instability in this relationship in which they are "best of friends" or they are not speaking after an intense fight.  He denies having a healthy social network of friends or support. He has stated in an email while apologizing for his behavior to the writer that she is "all I got."  SOUTH reports chronic feelings of emptiness, and exhibits transient, stress-related paranoia and dissociative symptoms.  This is evident in his emails or during sessions when he is denied a request that "everyone is against me,"  "everyone is out to get me."  In addition, he continually questions the writer whether he can trust the writer or she is lying and "you are with them (BOP) and out to get me." After one of these episodes SOUTH's affect again rapidly changes and feels remorseful and appreciative and returns to "idealizing" the writer.  SOUTH's impulsivity is potentially self-damaging in which he will discontinue eating, and prior to incarceration reckless sexual and substance abuse.  SOUTH admits experiencing periods of intense anger and difficulty controlling his temper which is evident during sessions and his self-report with experiences on the unit with other inmates and with other Staff.  Due to the above he was diagnosed with Borderline Personality Disorder. This diagnosis was discussed with SOUTH and he agreed that he meets all nine of the nine criteria of the diagnosis and that it describes what he has been experiencing throughout his lifetime.

### Care Level Formulation

Justification of Care Level: SOUTH is currently CARE2-MH status. While SOUTH reports trauma symptoms and carries mental health diagnoses, inmate is considered currently stable, being monitored (CARE2-MH), and seems to be utilizing generally constructive coping skills at this time. SOUTH agreed to seek out assistance from Psychology Services as needed and will participate in Resolve programming.

**Diagnosis:**

Alcohol Use Disorder:  Severe, F10.20*b - Current

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 08/05/2019 10:48 | Provider: | Liberati, Cristina PhD/Resolve | | | |

personality disorder. He presents with an enduring pattern of inner experience and behavior that deviates markedly from the expectations of his culture, and is manifested cognitively, affectively, and with respect to interpersonal functioning. This pattern is inflexible and pervasive across a broad range of situations, and leads to clinically significant distress and impairment in a variety of areas of functioning. He presents with a failure to conform to social norm with respect to lawful behaviors and a tendency to rationalize having mistreated others. This pattern appeared to begin as early as 11 years of age. He also appears to fluctuate between extremes of idealization and devaluation of others, causing a series of unstable and chaotic relationships, as well as affective instability due to a marked reactivity of mood and intense anger, and has a history of self-harm behaviors.

Records indicate Inmate South's main sources of anxiety have been related to perceived injustices (sentence length, lack of transfer to a treatment program, cell accommodations, other issues related to incarceration) and some family related issues. According to a previous DCLF, "PTSD related symptoms (reported increase in nightmares and overall distress) seem to have presented more frequently since his arrival to this facility," and a diagnosis of PTSD was assigned. That provider stated, however, "Of note, since the alleged incident in '2013' his sessions have not focused on the alleged trauma or symptoms related to the alleged trauma." It is unclear whether this is because he has experienced an improvement in trauma-related symptoms, versus trauma-related symptoms have become secondary to a mood disorder, "identity" crisis, and other stressors in terms of current distress and impairment. The diagnosis of PTSD will be maintained."

In 2017, while in FCI Phoenix, inmate SOUTH's primary psychologist requested placement in the Resolve Trauma Program since he reported his PTSD-related symptoms had intensified. During that time, inmate SOUTH reported he was the victim of sexual abuse by a Staff member, and had also been physically assaulted by another staff member while he was conducting bar taps. Inmate SOUTH stated the officer "smashed a mallet on my head" while he was sleeping which caused medical and psychological issues.  This was reported and investigated.

While at FCI-DAN, inmate SOUTH has completed the trauma workshop and overall has been stable learning to utilize healthier coping skills and taking psychiatric medications. However, he continues to exhibit affective instability, instability in interpersonal relationships, impulsivity, periods of intense anger and difficulty controlling anger, and periods of calm mood and behaviors.  His behavior appears more indicative of characterological issues in addition to triggers from past traumas.  SOUTH admits he briefly discontinues his medications when experiencing intense feelings of anger, but then will resume taking them on his own.  The FCI-DAN Psychiatrist diagnosed SOUTH with suffering from Post-traumatic Stress Disorder and Depressive Disorder NOS and  prescribed Inderal and Cymbalta to treat his symptom s. On 6/26/19, the Psychiatrist added Remeron to target sleep and appetite.

**Presenting Problem/Symptom**

SOUTH presents with a significant trauma history and requested to participate in the Resolve/trauma program. He was assessed and found qualified to attend Resolve programming.

**Diagnostic Reconciliation**

In formulating a diagnosis, reconcile discrepancies between diagnostic impressions.

(x ) N/A. There is no discrepancy between diagnostic impressions in the record.

( ) Discrepancies with past BEMR diagnoses were identified and resolved. See diagnostic formulation below.

( ) Discrepancies between current Psychology-rendered and Health Services-rendered BEMR diagnoses were noted but were unable to be resolved due to differing clinical opinions. See diagnostic formulation below.

**Diagnostic Formulation**

DIAGNOSTIC IMPRESSIONS (based on psychosocial and trauma assessment):

Testing confirmed SOUTH's diagnoses of Post-traumatic Stress Disorder, Bipolar I Disorder, Most Recent Episode Depressed, Other Specified Personality Disorder, and they remain  unchanged at this time.  See DCLF dated 06/22/2018,  for further detail.

**Bureau of Prisons**
**Psychology Services**     **\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Diagnostic and Care Level Formulation**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 08/05/2019 10:48 | Provider: | Liberati, Cristina PhD/Resolve | | | |

### Relevant Historical Information

Inmate SOUTH is a 40-year-old Caucasian, single male with no children. He is currently serving a 300-month sentence for POSS UNREG F/A, POSS F/A BY CONV FELON, MANF/TRANS/DIS UNREG DEST DIV, PWID METH.

Previous records indicate that "inmate SOUTH reported a notably chaotic and unstable childhood. His father died before he was born, and his mother died from alcoholism when he was 22 years old. He described his mother as a "violent drunk," and as a result he was removed from her custody at age 12. During his teenage years, he moved repeatedly between foster homes to his maternal grandmother's home, where he lacked supervision and engaged in criminal behaviors (stealing for food, fighting, running away, etc.). According to the PSI, a psychological evaluation was conducted in 1991 (requested by the school) as Inmate SOUTH was exhibiting behavioral problems including stealing, fighting, skipping school and being destructive. The evaluators indicated he was "experiencing numerous difficulties, particularly in the area of conduct disorders, depression, and anxiety." He was described as "depressed, angry, anxious and acting out his anger with little insight or judgment, often blaming others for his behavior." A psycho-educational report from the school system, dated 1991, noted he was often involved in verbal and physical altercations with his peers, and responded in a defiant manner when confronted regarding his behavior. His Full Scale IQ was noted to be in the high-average range with a significant discrepancy between his verbal and performance scores, suggesting that while he 'has superior intellectual potential, he has difficulty demonstrating this in the verbal expressive modality.'"

He was transferred to FCI-DAN in November 2018, to attend the RESOLVE/trauma program due to a diagnosis of Posttraumatic Stress Disorder. He is currently a Care2-MH; however, his care level has fluctuated from a Care1-MH to a Care2-MH throughout his incarceration (7-14-10 to present).  He has been in eight different institutions and had over 150 contacts with mental health services per his request. Inmate SOUTH was previously diagnosed with panic disorder, agoraphobia, panic disorder without agoraphobia, depressive disorder NOS, major depressive disorder, antisocial personality disorder, and personality disorder. Inmate SOUTH had a remote history of suicidal ideation and suicidal gestures during his teenage years which was documented in his PSR; however, he has not demonstrated any suicidal behaviors in adulthood and since incarceration. His medication history includes Xanax, Celexa and Zoloft.

According to previous records inmate SOUTH's previous diagnoses include: Alcohol Dependence, Cocaine Dependence, Antisocial Personality Disorder, Panic Disorder with Agoraphobia, Adjustment Disorder with Depressed Mood, Major Depressive Disorder, Agoraphobia, PTSD, Conduct Disorder and Personality Disorder. In his latest DCLF, (6/15/18)  his Primary Psychologist diagnosed inmate SOUTH with the following diagnoses: Bipolar I Disorder: Current or Most Recent Episode Depressed: Severe Other Specified Personality Disorder - Mixed Personality Traits, and Posttraumatic Stress Disorder.  Her diagnosis was based on the following information. "Inmate SOUTH reports a history of distinct periods of abnormally and persistently elevated, expansive or irritable mood, and abnormally and persistently increased goal-directed activity or energy, lasting a week or longer. During this period, this mood disturbance is accompanied by inflated self-esteem or grandiosity; decreased need for sleep; talkativeness; flight of ideas or racing thoughts; distractibility; increased goal-directed activity and psychomotor agitation; and excessive involvement in activities with a high potential for painful consequences. His mood disturbances have been sufficiently severe to cause marked impairment in functioning, and has necessitated inpatient psychiatric hospitalization. As the inmate denies having abused stimulants, instead preferring "downers," there is no indication these episodes have been attributable to the physiological effects of a substance. At the present time, Inmate SOUTH appears to be experiencing a major depressive episode: For more than two weeks, he has experienced depressed mood nearly every day, most of the day; he has endorsed diminished pleasure in most activities; reports insomnia; experiences psychomotor retardation, which has also been observed; endorses fatigue and loss of energy; reports feelings of worthlessness and excessive guilt; states he suffers from poor concentration; and has described thoughts of "unconsciousness," or death. These symptoms have caused clinically significant distress and impairment in various areas of functioning, and a recent medical examination rules out the likelihood these symptoms are attributed to the physiological effects of a substance or other medical condition. A diagnosis of Bipolar I Disorder, Current or Most Recent Episode Depressed: Severe, is listed provisionally as additional assessments continue. Inmate SOUTH also presents with characteristics indicative of a

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 08/05/2019 12:53 | Provider: | Liberati, Cristina PhD/Resolve | | | |

diagnosis was discussed with SOUTH and he agreed that he meets all nine of the nine criteria of the diagnosis and that it describes what he has been experiencing throughout his lifetime.

**Comments**

Inmate SOUTH is considered QUALIFIED for the Resolve Program, as inmate has met all criteria for entry. Inmate SOUTH will be given an "RP1 Wait" code in Sentry. Inmate is currently CARE2-MH status. While SOUTH reports PTSD symptoms and carries mental health diagnoses, inmate is considered currently stable, being monitored (CARE2-MH), and seems to be utilizing generally constructive coping skills at this time. Therefore, inmate will remain CARE2-MH unless there is a change in mental status that warrants a re-evaluation of the Mental Health Care Level. Upon starting Resolve, CARE2-MH monitoring will continue in group format. A Treatment Plan for Resolve will be initiated within 30 days of starting Phase I. SOUTH agreed to seek out assistance from Psychology Services as needed while awaiting Resolve.

**Diagnosis:**

Alcohol Use Disorder:  Severe, F10.20*b - Current

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 – Current

Cannabis Use Disorder, Severe, F12.20*b - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Borderline Personality Disorder, F60.3 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 08/09/2019 11:46

| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: W |
| Date: | 08/05/2019 12:53 | Provider: | Liberati, Cristina PhD/Resolve | | |

possibilities, including: Posttraumatic Stress Disorder, Substance Dependence, Alcohol Abuse, Bipolar Disorder I, Most Recent Episode Manic, Major Depressive Disorder, Single Episode, Schizoaffective Disorder, Borderline Personality Disorder, and Paranoid Personality Disorder. These diagnostic possibilities were taken into consideration, in conjunction with other findings and observations, in formulating diagnostic impressions (below). For further details and findings, see PAI test results on file.

DIAGNOSTIC IMPRESSIONS (based on psychosocial and trauma assessment):

Testing confirmed SOUTH's diagnoses of Post-traumatic Stress Disorder, Bipolar I Disorder, Most Recent Episode Depressed, Other Specified Personality Disorder, and they remain unchanged at this time. See DCLF dated 06/22/2018, for further detail.

A diagnosis of Gender Dysphoria in Adolescents and Adult was given by inmate's primary Psychologist, the writer and remains unchanged at this time. SOUTH reported feelings of distress related to his current gender. He stated he has been struggling with feelings of anxiety, depression, anger, frustration, and confusion because although he is biologically male he has felt as if he is female from as early "as I can remember." He stated he has been struggling with this issue for most of his life and that he believes it has led to many of his behavioral and psychological issues, including eventually his criminal behaviors. SOUTH stated he has now decided he would like to begin the transition process to become the gender in which he identifies himself as being, a female. See DCLF dated 5/29/19 for further detail. Previous records and SOUTH's self-report confirms that he began abusing substances at the age of 13 smoking marijuana. At age 15, he reportedly began abusing alcohol. He stated he abused both daily until his arrest. According to his PSI, SOUTH had been court ordered to participate in substance abuse treatment on at least two occasions, but it did not appear he attended. While incarcerated, SOUTH received several incident reports involving either the possession and/or use of substances. He admitted that his substance abuse had negatively impacted numerous areas of his life including school, relationships, and led to legal issues. Due to the above, diagnoses of Alcohol Use Disorder, Severe and Cannabis Use Disorder, Severe were added.

In addition, SOUTHs behavior is indicative of Borderline Personality Disorder in which he displays a pervasive pattern of instability of interpersonal relationships, self-image, and affects marked impulsivity, beginning by early adulthood, frantic efforts to avoid real or imagined abandonment. He stated "I believe I was also like this as a child." His efforts to avoid abandonment has been a consistent theme throughout our treatment, and also with previous therapists. SOUTH stated it feels as if he is being abandoned when the session is over and does not want to leave. This feeling of abandonment then appears to trigger feelings of anger and he impulsively reacts verbally lashing out at the writer "devaluing" her in emails immediately after the session. However, SOUTH "idealized" her during sessions stating she and the session were very helpful and that he feels "calm." SOUTH also frequently stops by the writer's office without a callout and writes numerous emails to the writer each day in an attempt to stay connected to the writer and not feel abandoned. SOUTH reports that he has struggled with his self-image and admits his sense of self if very unstable and causes him a great deal of anxiety and distress. SOUTH reportedly felt this way his entire life and, in addition, recently decided to begin to transition to a female in hopes this will help stabile his self-image and he can feel more like "true self." SOUTH admitted that throughout his lifetime he has recurrent suicidal ideations and has made suicidal threats in the past, especially when he has been told "no" or denied a request. He stated that fantasizing about suicidal behavior in the past has been relaxing for him. SOUTH denied current suicidal ideation, intent, or behavior. In addition, SOUTH's interpersonal relationships have reportedly been unstable and intense. His sister is his only remaining family member and he reports a long history of intensity and instability in this relationship in which they are "best of friends" or they are not speaking after an intense fight. He denies having a healthy social network of friends or support. He has stated in an email while apologizing for his behavior to the writer that she is "all I got." SOUTH reports chronic feelings of emptiness, and exhibits transient, stress-related paranoia and dissociative symptoms. This is evident in his emails or during sessions when he is denied a request that "everyone is against me," "everyone is out to get me." In addition, he continually questions the writer whether he can trust the writer or she is lying and "you are with them (BOP) and out to get me." After one of these episodes SOUTH's affect again rapidly changes and feels remorseful and appreciative and returns to "idealizing" the writer. SOUTH's impulsivity is potentially self-damaging in which he will discontinue eating, and prior to incarceration reckless sexual and substance abuse. SOUTH admits experiencing periods of intense anger and difficulty controlling his temper which is evident during sessions and his self-report with experiences on the unit with other inmates and with other Staff. Due to the above he was diagnosed with Borderline Personality Disorder. This

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 08/05/2019 12:53 | Provider: | Liberati, Cristina PhD/Resolve | | | |

cocaine. According to his PSI, SOUTH had been court ordered to participate in substance abuse treatment on at least two occasions, but it did not appear he attended. While incarcerated SOUTH completed the Drug Education Class. He reported an interested in attending additional substance abuse treatment. While incarcerated, SOUTH received several incident reports involving either the possession and/or use of substances.

## Mental Health

TRAUMA ASSESSMENT: Diagnostic Impressions below are based on the following:

(1) S.L.E.S (STRESSFUL LIFE EXPERIENCES SCREENING): He reported the following stressful life events (numbers following each event reflect level of stress on a 1-10 SUDS scale at the time of the event and currently):

Life threatening illness, (flu H1N2) for 7 days, at age 32: Distress at event = 10. Distress currently = 1.

Car accident, resulting in bump, bruises, whiplash, at age 20: Distress at event = 10. Distress currently = 1.

Robbed at gunpoint, beaten over 10X, ages 14-23: Distress at event = 10. Distress currently = 2.

Close friends died in car accidents, alcohol, ages 17, 18, 19, 20, 22: Distress at event = 10. Distress currently = 5.

Sexually assaulted by a friend of a friend, age 14: Distress at event = 10. Distress currently = 10.

While incarcerated numerous attempted rapes by other inmates (age 27 to 39) and inappropriately touched by a doctor (age 31) while incarcerated/reported: Distress at event = 10. Distress currently = 10.

Mother used belt, fist, slap to discipline numerous times at age 12: Distress at event = 10. Distress currently = 5.

Numerous assaults including stabbing in and out of prison, from ages 18-39: Distress at event = 10. Distress currently = 10.

Mother and younger sister verbally ridiculed/abused, ages 13-39: Distress at event = 7. Distress currently = 3.

Present when mom was raped by a man, age 2.: Distress at event = 10. Distress currently = 6.


Upon interview, sexual assaults was identified as the trauma that causes inmate SOUTH the most distress currently. While he reports other traumatic stressors in his life, this was chosen as the "target trauma" for the PTSD Symptom Scale below.

(2) PTSD SYMPTOM SCALE (Self-Report Version): Target Trauma: sexual assaults. Baseline/Pre-Phase I (07-12-19) Score = 61, which indicates a significant level of trauma symptoms impacting his day to day functioning. NOTE: This score may be elevated in that numerous symptoms on this scale may stem from other problem areas separate from his target trauma, such as incarceration, stress, and/or other possible diagnoses.

(3) BECK ANXIETY INVENTORY: Baseline/Pre-Phase I (07-12-19) Score = 39, Severe Range

(4) BECK DEPRESSION INVENTORY II: Baseline/Pre-Phase I (07-12-19) Score = 47, Severe Range

(5) PAI (PERSONALITY ASSESSMENT INVENTORY): Validity: Regarding his response style, results indicate that certain indicators fall out of the normal range, suggesting that the respondent may not have answered in a completely forthright manner. Also with respect to negative impression management, there are indications that the respondent endorsed items that present an unfavorable impression or represent particularly bizarre and unlikely symptoms. This raises the possibility of an element of exaggeration of complaints and problems  or a "cry for help, " or an extremely negative evaluation of oneself and one's life. Results should be interpreted with caution since due to the above there may be some clinical scale elevation. Diagnostic & Treatment Considerations: The PAI provided several diagnostic

| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M   Facility:   DAN | Unit Team: | W |
| Date: | 08/05/2019 12:53 | Provider: | Liberati, Cristina PhD/Resolve | | |

experience and behavior that deviates markedly from the expectations of his culture, and is manifested cognitively, affectively, and with respect to interpersonal functioning. This pattern is inflexible and pervasive across a broad range of situations, and leads to clinically significant distress and impairment in a variety of areas of functioning. He presents with a failure to conform to social normal with respect to lawful behaviors and a tendency to rationalize having mistreated others. This pattern appeared to begin as early as 11 years of age. He also appears to fluctuate between extremes of idealization and devaluation of others, causing a series of unstable and chaotic relationships, as well as affective instability due to a marked reactivity of mood and intense anger, and has a history of self-harm behaviors.

Records indicate Inmate South's main sources of anxiety have been related to perceived injustices (sentence length, lack of transfer to a treatment program, cell accommodations, other issues related to incarceration) and some family related issues. According to a previous DCLF, "PTSD related symptoms (reported increase in nightmares and overall distress) seem to have presented more frequently since his arrival to this facility," and a diagnosis of PTSD was assigned. That provider stated, however, "Of note, since the alleged incident in '2013' his sessions have not focused on the alleged trauma or symptoms related to the alleged trauma." It is unclear whether this is because he has experienced an improvement in trauma-related symptoms, versus trauma-related symptoms have become secondary to a mood disorder, "identity" crisis, and other stressors in terms of current distress and impairment. The diagnosis of PTSD will be maintained."

In 2017, while in FCI Phoenix, inmate SOUTH's primary psychologist requested placement in the Resolve Trauma Program since he reported his PTSD-related symptoms had intensified. During that time, inmate SOUTH reported he was the victim of sexual abuse by a Staff member, and had also been physically assaulted by another staff member while he was conducting bar taps. Inmate SOUTH stated the officer "smashed a mallet on my head" while he was sleeping which caused medical and psychological issues.  This was reported and investigated.

While at FCI-DAN,  SOUTH reported feelings of distress related to his current gender. He stated he has been struggling with feelings of anxiety, depression, anger, frustration, and confusion because although he is biologically male he has felt as if he is female from as early "as I can remember." He stated he has been struggling with this issue for most of his life and that he believes it has led to many of his behavioral and psychological issues, including eventually his criminal behaviors. Inmate SOUTH stated he has now decided he would like to begin the transition process to become the gender in which he identifies himself as being, a female.

While at FCI-DAN, inmate SOUTH has completed the trauma workshop and overall has been stable learning to utilize healthier coping skills and taking psychiatric medications. However, he continues to exhibit affective instability, instability in interpersonal relationships, impulsivity, periods of intense anger and difficulty controlling anger, and periods of calm mood and behaviors.  His behavior appears more indicative of characterological issues in addition to triggers from past traumas.  SOUTH admits he briefly discontinues his medications when experiencing intense feelings of anger, but then will resume taking them on his own.  The FCI-DAN Psychiatrist diagnosed SOUTH with suffering from Post-traumatic Stress Disorder and Depressive Disorder NOS and  prescribed Inderal and Cymbalta to treat his symptom s. On 6/26/19, the Psychiatrist added Remeron to target sleep and appetite.

<u>Criminality</u>

SOUTH reports having served approximately 13 years of a 25 year (300 months) for Possession of Explosives, Firearms, and Drugs with Intent to Distribute. He reported his first conviction was when he was approximately age 15 and has a previous incarceration in 2003.  He reported a history of being convicted of violent crimes including aggravated assault. He denied an arrest history for a sex offense. History of institutional misconduct, per Sentry: approximately eight incident reports beginning in 2007 for 108 possessing a hazardous tool (cuff key), 312 lying or falsifying statement, 305 possessing unauthorized; 2008 for 104 possessing a dangerous weapon and 222 possessing intoxicants; 2009 for 313 lying and falsifying  statement and 410 using mail without authority; 2010 for 307 refusing to obey on three different occasions (and incident reports) and 312 being insolent to staff;  and 2013 for 112 use of drugs/alcohol (marijuana).

<u>Substance Abuse</u>

SOUTH reported and the PSI confirmed that he began abusing substances at the age of 13 smoking marijuana.  At age 15, he reportedly began abusing alcohol.  He stated he abused both daily until his arrest.  He also experimented with

**Bureau of Prisons**          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Resolve - Psychosocial Assessment/Evaluation**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 08/05/2019 12:53 | Provider: | | Liberati, Cristina PhD/Resolve | | |

## Identifying Information

Inmate SOUTH is a 40-year-old Caucasian, single male with no children. He is currently serving a 300-month sentence for POSS UNREG F/A, POSS F/A BY CONV FELON, MANF/TRANS/DIS UNREG DEST DIV, PWID METH.

## Psychosocial History

PSYCHOSOCIAL HISTORY: Previous records indicate that "inmate SOUTH reported a notably chaotic and unstable childhood. His father died before he was born, and his mother died from alcoholism when he was 22 years old. He described his mother as a "violent drunk," and as a result he was removed from her custody at age 12. During his teenage years, he moved repeatedly between foster homes to his maternal grandmother's home, where he lacked supervision and engaged in criminal behaviors (stealing for food, fighting, running away, etc.). According to the PSI, a psychological evaluation was conducted in 1991 (requested by the school) as Inmate SOUTH was exhibiting behavioral problems including stealing, fighting, skipping school and being destructive. The evaluators indicated he was "experiencing numerous difficulties, particularly in the area of conduct disorders, depression, and anxiety." He was described as "depressed, angry, anxious and acting out his anger with little insight or judgment, often blaming others for his behavior." A psycho-educational report from the school system, dated 1991, noted he was often involved in verbal and physical altercations with his peers, and responded in a defiant manner when confronted regarding his behavior. His Full Scale IQ was noted to be in the high-average range with a significant discrepancy between his verbal and performance scores, suggesting that while he 'has superior intellectual potential, he has difficulty demonstrating this in the verbal expressive modality.'"

According to his PSI, his grandmother had reported that SOUTH suffered from extremely low self-esteem and was often the target of bullies at school and in the neighborhood.

MEDICAL/HEALTH CONCERNS (self-report): SOUTH reports having a TBI due to an assault while incarcerated at his previous institution by an officer in 2018.  Previous records indicate head trauma due to numerous assaults with other inmates while incarcerated.

MENTAL HEALTH HISTORY: According to previous records, (see DCLF, dated 6/15/18), inmate SOUTH's previous diagnoses include: Alcohol Dependence, Cocaine Dependence, Antisocial Personality Disorder, Panic Disorder with Agoraphobia, Adjustment Disorder with Depressed Mood, Major Depressive Disorder, Agoraphobia, PTSD, Conduct Disorder and Personality Disorder. In his latest DCLF, (6/15/18)  his Primary Psychologist diagnosed inmate SOUTH with the following diagnoses: Bipolar I Disorder: Current or Most Recent Episode Depressed: Severe Other Specified Personality Disorder - Mixed Personality Traits, and Posttraumatic Stress Disorder.  Her diagnosis was based on the following information. "Inmate SOUTH reports a history of distinct periods of abnormally and persistently elevated, expansive or irritable mood, and abnormally and persistently increased goal-directed activity or energy, lasting a week or longer. During this period, this mood disturbance is accompanied by inflated self-esteem or grandiosity; decreased need for sleep; talkativeness; flight of ideas or racing thoughts; distractibility; increased goal-directed activity and psychomotor agitation; and excessive involvement in activities with a high potential for painful consequences. His mood disturbances have been sufficiently severe to cause marked impairment in functioning, and has necessitated inpatient psychiatric hospitalization. As the inmate denies having abused stimulants, instead preferring "downers," there is no indication these episodes have been attributable to the physiological effects of a substance. At the present time, Inmate SOUTH appears to be experiencing a major depressive episode: For more than two weeks, he has experienced depressed mood nearly every day, most of the day; he has endorsed diminished pleasure in most activities; reports insomnia; experiences psychomotor retardation, which has also been observed; endorses fatigue and loss of energy; reports feelings of worthlessness and excessive guilt; states he suffers from poor concentration; and has described thoughts of "unconsciousness," or death. These symptoms have caused clinically significant distress and impairment in various areas of functioning, and a recent medical examination rules out the likelihood these symptoms are attributed to the physiological effects of a substance or other medical condition. A diagnosis of Bipolar I Disorder, Current or Most Recent Episode Depressed: Severe, is listed provisionally as additional assessments continue. Inmate SOUTH also presents with characteristics indicative of a personality disorder. He presents with an enduring pattern of inner

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 08/19/2019 15:55 | Provider: | Liberati, Cristina PhD/Resolve | | | |

**Diagnosis:**

Alcohol Use Disorder: Severe, F10.20*b - Current

Bipolar I Disorder: Current or Most Recent Episode Depressed: Severe, F31.4 - Current

Cannabis Use Disorder, Severe, F12.20*b - Current

Posttraumatic Stress Disorder, F43.10 - Current

Borderline Personality Disorder, F60.3 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 08/21/2019 11:17

**Bureau of Prisons**   **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Individual Therapy**

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 08/19/2019 15:55 | Provider: | Liberati, Cristina PhD/Resolve | | | |

<u>Focus of Session</u>

Today, the writer received SOUTH's requested to be seen in a copout. The copout stated that "hey we are going to have to talk asap, maybe have to get xx (Chief Psychologist) on to. EVERYONE KNOWS NOW. this is BS. I am NOT happy."

<u>Subjective/Objective Presentation</u>

This statement is referring to SOUTH's transitioning to a female and his recent purchase of makeup from Commissary. According to SOUTH, numerous inmates from his unit saw that SOUTH received the makeup and were laughing and several inmates informed him that they knew about the purchase. SOUTH denied that anyone verbally or physically threatened or harmed him in any way. However, SOUTH expressed anxiety and concern for his safety now that other inmates are aware. The commissary was given on Friday and he was seen by the writer, today, on a Monday. SOUTH denied that he was threatened or harmed over the weekend, but stated he felt uncomfortable and anxious about the situation and tended to stay to himself on the unit.  It was discussed during session if SOUTH feels his level of Risk of Sexual Victimization needs to be increased at this time and whether he is feeling safe or threatened on the unit. SOUTH denied that he was currently not safe on his unit. SOUTH reported that he has been adjusting well to the 10 man room on the unit and would prefer to stay housed there if he is not able to be celled alone on another unit.  SOUTH stated he is housed with another inmate he knows from the USP which is somewhat helpful.  SOUTH discussed whether it would be more comfortable for him to transition in SHU, but he was advised most likely he will also be required to have a cellmate in SHU, which he stated he would refuse. As per discussion and clinical assessment, SOUTH's level of risk will remain at low at this time, but will continue to be assessed especially when he begins hormone treatments.

SOUTH's mental status is currently stable and he denied self-injurious or suicidal ideation or intent at this time.  He reported anxiety, frustration, and some feelings of depression due to the above incident and overall stressors of transitioning, but was calm with a neutral mood when he left the office.

<u>Intervention(s)</u>

SOUTH was able to process his feelings and he was provided supportive therapy and several of the irrational beliefs were challenged (for example, mind reading, statement of fact, catastrophizing, and assumptions).  DBT skills to help manage his emotions were used during the session. The session also reviewed the accomplishments SOUTH made in treatment up until this point and he was provided praise for his hard work and it was positively reinforces.  SOUTH was able to acknowledge that progress has been made and his mood and level of impulsivity has improved somewhat. SOUTH was challenged on how he has been addressing staff and personalizing their behavior as if it was an attack or anger toward him.  For example, a staff member not smiling and appears to be addressing him a professional manner, he personalized as the staff is angry and retaliating against him.   This belief was challenged and he was somewhat receptive.  The session also focused on SOUTH taking responsibility for his communication style and ways to improve his communication and interactions with others, including not personalizing or mindreading others thoughts, and verbalizing his needs assertively versus aggressively.

He discussed concerns about transitioning to a female while at FCI-DAN, and stated it felt overwhelming emotionally to him.  However, during the session, the advantages of transitioning at FCI-DAN was also discussed, including that it may actually be one of the safer institutions to make the change for numerous reasons and that he has numerous staff supporting his transition, and after some discussion SOUTH agreed.  Ways to increase boundaries was again discussed and explored a bit further.  Ways to utilize healthier coping skills to help regulate his emotions/frustrations was also further discussed.  SOUTH committed to applying these skills after session and try to incorporate them into his day.

<u>Progress/Plan</u>

SOUTH is stable. Continue Treatment Plan activities and monthly Care2-MH contacts focusing on learning and applying safe coping and DBT skills to help regulate his mood, improve communication, and distress tolerance. SOUTH completed Resolve testing and will be placed in the next available Phase I Seeking Safety group. SOUTH agreed to seek out assistance, as needed between Care2 group contacts and is aware of the process for contacting Psychology Services on a routine and emergency basis.

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 09/10/2019 14:54 | Provider: | Liberati, Cristina PhD/Resolve | | | |

**Diagnosis:**

Alcohol Use Disorder:  Severe, F10.20*b - Current

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Cannabis Use Disorder, Severe, F12.20*b - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Borderline Personality Disorder, F60.3 - Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 09/10/2019 15:44

**Bureau of Prisons**            **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Individual Therapy**

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 09/10/2019 14:54 | Provider: | Liberati, Cristina PhD/Resolve | | | |

## Focus of Session

SOUTH was seen today per his Care2-MH status to assess his adjustment and functioning and for treatment of PTSD symptoms. As he came to DAN for Resolve, this author is overseeing his Care2MH monitoring.

## Subjective/Objective Presentation

SOUTH reported today that the past week was somewhat challenging for him since there are several anniversaries of family deaths coming up and also his birthday. SOUTH stated that his mother died when she was 41-years-old, the same age that SOUTH is turning tomorrow. His father died at age 22, and SOUTH did not have a chance to know him. However, the death which has been one of the most painful is of his grandmother who "was always there for me" and the only person who gave SOUTH "unconditional love." SOUTH discussed how she died last year and that he has never really felt the opportunity to grieve her or his parents. SOUTH stated feelings of sadness, grief, and loss have been coming up for him. These feelings of grief also include the "loss of my childhood" and he acknowledged that due to the trauma and chaos of his childhood, he has never had a childhood. SOUTH was able to spend some of the session grieving the loss of his grandmother and reflect on what an important part of his life she had been. SOUTH stated he knew he was her favorite and that she took him in so he would not have to go into foster care and also frequently bonded him out of jail. SOUTH stated they not only loved each other, but liked each other very much and would constantly laugh. "She understood me." SOUTH verbalized how he is now feeling loneliness and isolation since he does not have a relationship with his sister (on/off -estranged) and no other family. SOUTH has set up visits with an elderly woman volunteer which he stated he finds helpful.

SOUTH reported that he has worked on several of the issues we discussed in the last session, including improving his sleeping habits so he begins to sleep at night versus all day. SOUTH stated he began this process and now sleeps from 4 pm to 4 a.m. SOUTH stated he is now eating more routinely as well since he does not have money in commissary and has been attending chow. However, SOUTH stated that attending chow has also been increasing his anxiety at time. SOUTH stated the new medication, Remeron has been very helpful in helping him go to sleep and sleep more through the night. SOUTH has also been consistent with writing in his journal and ripping up the inappropriate writing when he is angry, rather than writing inappropriately to staff on email. His emails have significantly decreased. SOUTH stated that he kept his word.

## Intervention(s)

Today's session focused on normalizing the intense feelings of loss, sadness, and grief that he has been experiencing due to the anniversary of family members' deaths and his upcoming birthday. SOUTH was able to deal with his feelings and mourn appropriately, rather than act out and hurt himself or others, which he stated had been his pattern in the past. SOUTH was able to make the connection of the importance of being able to feel his feelings and that he does not have to avoid his feelings by reacting. SOUTH was praised on making these connections and he admitted that he has decreased his level of impulsivity and acting out significantly. SOUTH stated, "It feels good."

SOUTH was praised for the utilizing all the skills discussed in the last session, especially with the distress of the anniversaries. He was encouraged to continue to feel his feelings appropriately without reacting and allow the grief process to continue. SOUTH was also praised on his ability to regulate his emotions and using the DBT skills learned on a daily basis. Future sessions will continue working on all the above issues and also focus on his upcoming treatment for transitioning. SOUTH stated he was informed that his treatment will be scheduled to begin soon.

## Progress/Plan

SOUTH is stable. Continue treatment plan activities and monthly Care2-MH contacts focusing on learning and applying safe coping and DBT skills to help regulate his mood, improve communication, and distress tolerance. In addition, future sessions will address gender dysphoria and other transgender issues. SOUTH is motivated to continue into the Resolve Program and completed Resolve testing. He will be placed in the next available Phase I Seeking Safety group. SOUTH agreed to seek out assistance, as needed between Care2 group contacts and he is aware of the process for contacting Psychology Services on a routine and emergency basis.

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 09/30/2019 08:14 | Provider: | Stacy, Rebecca PsyD | | | |

Posttraumatic Stress Disorder, F43.10 - Current

Antisocial Personality Disorder, F60.2*b - Current

Borderline Personality Disorder, F60.3 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Stacy, Rebecca PsyD on 09/30/2019 08:36

**Reviewed by Seaton, Jessica PhD/Chief Psychologist on 09/30/2019 09:31**

**Bureau of Prisons**
**Psychology Services**
**Sexual Abuse Intervention (V)**

\*\*SENSITIVE BUT UNCLASSIFIED\*\*

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 09/30/2019 08:14 | Provider: | Stacy, Rebecca PsyD | | | |

## Comments

REASON FOR REFERRAL and REFERRAL SOURCE: At approximately 2000 on 9/29/19, this writer (on-call psychologist) was contacted by the SIS Lieutenant. She reported Inmate South was alleging she was sexually assaulted on 9/25/19.

DATE, TIME, AND WHERE ALLEGED INCIDENT TOOK PLACE: Inmate South reported the incident took place on 9/25/19 at "7 or 8pm on G-A unit."

DATE AND TIME OF PSYCHOLOGY NOTIFICATION: This writer was contacted on 9/29/19 at approximately 2000.

DATE AND TIME OF CONTACT: This writer interviewed Inmate South on today's date (9/30/19) at approximately 0755.

MENTAL STATUS EXAM/CLINICAL ASSESSMENT:

Inmate South was alert and oriented. She was calm and cooperative throughout the contact. Inmate South maintained good eye contact. Rapport was easily established and maintained. Inmate South was appropriately groomed and dressed. Her speech was normal in rate, volume, and tone. She described her mood as "confused," which was congruent with her affect. Inmate South's thoughts were linear, logical, and goal-directed. She appeared to have good judgment and insight. Inmate South did not appear to be exhibiting symptoms of psychosis such as delusions or hallucinations. She denied suicidal/homicidal ideation, plan, or intent.

During the interview, Inmate South reported, "When they interviewed me on Wednesday, I wasn't cooperating, so they interviewed me again last night." Regarding the sexual assault, she reported history of prior sexual victimization. She stated, "I've been in something like this before. The same thing keeps happening everywhere I go. I was sent here for Resolve and have been waiting almost a year for the program. I was so close to getting enrolled and now I'm in here. I'm not sure if they'll let me back out to the compound. I would feel safe if they locked up those other people." She noted disappointment in the other inmates and fear of staff corruption. Regarding coping, she noted, "I still feel like I'm in a fog. I'm just trying to rest and get better."

EVALUATION RESULTS:

Inmate South was cooperative and answered this writer's questions. She was somewhat quiet, which she reported was due to feeling as if she is "in a fog" and trying to process the events from last week. She did not appear to have any acute mental health issues, did not voice suicidal ideation, and advised she is comfortable in her cell. She reported compliance with psychotropic medication.

TREATMENT RECOMMENDATIONS & INMATE INTEREST IN TREATMENT:

Inmate South will remain CARE2-MH and will continue to work with the Resolve Coordinator on an identified goal of improvement in PTSD symptoms. She appears motivated for continued treatment and is open to conversations with Psychology Services staff.

VICTIM ADVOCACY:  Inmate South was informed of victim advocacy services offered through Psychology Services as well as the Women's Center of Greater Danbury. She stated she would benefit from this type of service at this time. The Resolve Coordinator was contacted regarding the above request for services.

**Diagnosis:**

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 09/30/2019 10:26 | Provider: | Liberati, Cristina PhD/Resolve | | | |

Posttraumatic Stress Disorder, F43.10 – Current

Antisocial Personality Disorder, F60.2*b – Current

Borderline Personality Disorder, F60.3 – Current

Other Specified Personality Disorder, F60.89 – Current

Completed by Liberati, Cristina PhD/Resolve Coordinator on 09/30/2019 11:24

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 09/30/2019 10:26 | Provider: | Liberati, Cristina PhD/Resolve | | | |

#### Focus of Session

SOUTH was seen on Friday, September 27th at approximately 3:20 p.m. to 4:00 p.m in R&D when he returned from the outside hospital.  SOUTH requested to meet with Psychology.  The note was not able to be entered on that day due to time constraints and is being entered today.

#### Subjective/Objective Presentation

When seen SOUTH requested whether he would be returning to general population and be able to attend Resolve Treatment after he is placed in SHU.  SOUTH was informed that safety issues would be the priority to consider and that SIS is investigating his situation.

SOUTH had visible bruising on his face, in particular his eye, which he stated he received from playing football.  He reported that although it was painful, the pain has been manageable on his current medications.  He stated he is will be scheduled to return to the hospital for medical treatment, including possible surgery.  SOUTH stated that his time in the hospital was often enjoyable in that he was able to watch movies and the food was "good." His mood appeared somewhat upbeat, and positive and he denied significant problems with his mood.  He denied being particularly concerned about his safety and appeared somewhat nonchalant about the situation and safety.  He stated "since I have been in jail it has always been like this."   SOUTH was questioned again about the cause of his injuries and he stated he did not want to specify further at this time.

SOUTH stated he did not know if would cooperate with SIS regarding his injuries and the recent incident.  SOUTH denied significant concerns regarding his pending SHU status.  He stated that he would "have to be celled alone now" due to the assault.  SOUTH was informed of BOP policies and procedures of being single celled in SHU, and he stated that those policies don't apply to him.

SOUTH stated that initially his main concern about going to SHU is that he will have limited contact with several powerful outside LGBT organizations he has been working with, his lawyer, and a journalist in which he has pending lawsuits, article, and a possible book deal on transgender inmate transitioning while incarcerated. SOUTH stated he has been extremely active working on his lawsuit and pending article/book deal and this may temporarily slow down the pace, due to limited communication.  However, SOUTH stated he will be able to work out the specifics regarding communication, so denied stress about going to SHU.

#### Intervention(s)

SOUTH was provided supportive therapy and encouraged to continue to utilize the skills learned in treatment while incarcerated. He asked numerous questions regarding attending the Resolve program and treatment, and SOUTH was informed if he is in SHU and not able to attend the weekly group sessions in the Resolve Program, but his treatment contacts will continue.

#### Progress/Plan

SOUTH's mental status is stable. Continue treatment plan activities and monthly Care2-MH contacts focusing decreasing PTSD-related symptoms by learning and applying safe coping and DBT skills to help regulate his mood, improve communication, and distress tolerance. Session will also continue to address gender dysphoria and other transgender issues. SOUTH  is motivated to continue treatment. SOUTH agreed to seek out assistance, as needed between Care2 group contacts and he is aware of the process for contacting
Psychology Services on a routine and emergency basis.

**Diagnosis:**

Alcohol Use Disorder:  Severe, F10.20\*b - Current

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Cannabis Use Disorder, Severe, F12.20\*b - Current

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 09/30/2019 11:17 | Provider: | Stacy, Rebecca PsyD | | | |

### Recommendations

Inmate was informed of the Federal Bureau of Prison's Zero Tolerance policy regarding sexual abuse and how to report incidents of sexual abuse to staff both inside and outside of the facility.

Inmate South was transferred to FCI-DAN to participate in the Resolve Program and completed the trauma workshop. He is pending testing to begin the Resolve Program. He is also seen for monthly Care2-MH treatment contacts, and as needed per his request. Inmate South was informed on how to reach Psychology Services should a need arise. No follow-up necessary at this time.

## Diagnosis:

Bipolar I Disorder:  Current or Most Recent Episode Depressed:  Severe, F31.4 - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Posttraumatic Stress Disorder, F43.10 - Current

Antisocial Personality Disorder, F60.2*b - Current

Borderline Personality Disorder, F60.3 - Current

Other Specified Personality Disorder, F60.89 - Current

Completed by Stacy, Rebecca PsyD on 09/30/2019 11:24

**Bureau of Prisons**                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Risk of Sexual Victimization**

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 09/30/2019 11:17 | Provider: | Stacy, Rebecca PsyD | | | |

### Comments

Inmate has previously reported a sexual assault by staff, "100's of sexual harassments," and is currently alleging a recent sexual assault from 9/25/19.

### Risk Factors

Based on self-report by the Inmate South was identified as:

( X ) History of prior sexual victimization
(  ) Criminal History is exclusively nonviolent
(  ) First incarceration
(  ) Prior convictions for sex offense against adult/child
( X ) Perceived LGBTI or gender non-conforming
(  ) Small physical stature
(  ) Under 21 yrs old, older than 65 yrs old
( X ) Hx of developmental/mental/medical disabilities- transferred due to PTSD dx/Resolve Program
(  ) Being at risk based on cumulative factors
(  ) Other:

Protective factors were also reviewed and the following were noted:

( ) Multiple incarcerations without history of victimization
( ) No history of childhood sexual victimization
( ) Large build
( X ) Over 21 years old
( X ) Assertive presentation
( X ) Violent criminal history
( ) No developmental/mental/medical disabilities
( ) No current mental health concerns, including excessive worry about sexual victimization
( ) Does not self-identify as LGBTI
( X ) Denies being fearful of general population- only if perpetrators of his alleged sexual assault are in SHU or transferred
( ) Other:

### Findings

As required by PS 5324.12 Sexually Abusive Behavior Prevention and Intervention Program, Inmate South was seen by Psychology Services on today's date and was offered follow-up per their above noted risk factors.

Based on this clinical assessment, the inmate is considered at this time to be at:

(  ) Low Risk of Victimization at this facility.  There are no recommends regarding housing, work, or education assignments

( X ) Moderate Risk of Victimization.  The Unit Team and Correctional Staff have been notified regarding Psychology staff's recommendations that the inmate not be housed with any inmates identified as at risk for sexual abusiveness. Psychology also recommends a greater level of supervision regarding work and education assignments.

(  ) High Risk of Victimization.  It is recommended this inmate be housed in the Special Housing Unit in accordance with P5324.12 until Correctional Services and Program staff can assess the appropriateness of placement on the general compound at this facility.  This inmate should not be housed with any inmates judged to be at increased risk for sexual abusiveness.

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 10/02/2019 16:33 | Provider: | Liberati, Cristina PhD/Resolve | | | |

Completed by Liberati, Cristina PhD/Resolve Coordinator on 10/03/2019 13:58

**Bureau of Prisons**     **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Individual Therapy**

| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/11/1978 | Sex: | M | Facility: DAN | Unit Team: | W |
| Date: | 10/02/2019 16:33 | Provider: | Liberati, Cristina PhD/Resolve | | | |

### Focus of Session

SOUTH was seen today per his Care2-MH status and as a follow up to his sexual abuse intervention to assess his adjustment and functioning and for treatment of PTSD symptoms and assess his mental status and stability.

### Subjective/Objective Presentation

When seen SOUTH discussed his current physical condition, feelings about his recent assault, concerns about possibly not being able to attend the Resolve Program due to his SHU status, and how past triggers are impacting his current mood and thought process. SOUTH expressed concern that the skills and knowledge he already learned in treatment was "gone." These issues were discussed at length and SOUTH was able to see how the skills he had learned are not "gone" and that he continues to use them on a daily basis. SOUTH was able to make connections from his past traumas/assaults and how they are currently impacting his current thoughts and mood. SOUTH was able to discuss and express his feelings and concerns regarding all the above issues.

Although SOUTH reportedly is still in pain, he stated that he is working with Medical and that they are currently manageable. He has been medication compliant. SOUTH stated he has been spending a great deal of time trying to rest and heal. He denied any problems with his current cellmate and stated he is able to talk to him and denied any current safety concerns with him. SOUTH stated he continues to read and has his legal papers and law work with him in SHU. He denied self-injurious or suicidal behavior or intent. SOUTH reported he was able to sleep while in SHU and has been working on increasing his appetite, especially because of the medications. SOUTH stated he is motivated to continue treatment.

### Intervention(s)

SOUTH was able to vent his feelings and he was provided supportive therapy. In addition, previous safe coping and DBT skills were reviewed and discussed and how the skills practically can be applied to help SOUTH deal with current stressors and SHU status. SOUTH was encouraged to continue the assignment in the DBT workbook and he agreed. SOUTH stated he continues to be motivated for treatment and was able to process some of his feelings regarding the possibility of him not being able to attend the actual Resolve Program due to his SHU status and other security issues.

### Progress/Plan

SOUTH is stable. Continue treatment plan activities and monthly Care2-MH contacts focusing on learning and applying safe coping and DBT skills to help regulate his mood, improve communication, and distress tolerance. Supportive therapy and treatment will also continue to focus on gender dysphoria and other transgender issues. SOUTH is motivated to continue treatment. SOUTH agreed to seek out assistance, as needed between Care2 group contacts and he is aware of the process for contacting Psychology Services on a routine and emergency basis. SOUTH had requested an outside advocate/counselor to provide services, as per policy, due to the recent sexual assault report. The session with the counselor is scheduled for tomorrow.

**Diagnosis:**

Alcohol Use Disorder: Severe, F10.20*b - Current

Bipolar I Disorder: Current or Most Recent Episode Depressed: Severe, F31.4 - Current

Cannabis Use Disorder, Severe, F12.20*b - Current

Posttraumatic Stress Disorder, F43.10 - Current

Antisocial Personality Disorder, F60.2*b - Current

Borderline Personality Disorder, F60.3 - Current

**Bureau of Prisons**
**Psychology Services**
**General Administrative Note**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M | Facility:  DAN | Unit Team: | W |
| Date: | 10/04/2019 15:57 | Provider: | Liberati, Cristina PhD/Resolve | | | |

**Comments**

As per PREA compliance and SOUTH's request, SOUTH was seen by two approved counselors from Women's Center of Greater Danbury for a counseling session this morning.  SOUTH was informed she is eligible for two additional sessions if needed.


Completed by Liberati, Cristina PhD/Resolve Coordinator on 10/04/2019 16:01

**Bureau of Prisons**         **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Records Request/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SOUTH, JASON ROBERT | | | Reg #: | 57903-019 |
| Date of Birth: | 09/11/1978 | Sex: | M        Facility:  DAN | Unit Team: | W |
| Date: | 10/10/2019 09:42 | Provider: | Seaton, Jessica PhD/Chief | | |

<u>Comments</u>

    Inmate requested his records for the past 3 months.  Records were reviewed and released from 07/09/19 to present.

Completed by Seaton, Jessica PhD/Chief Psychologist on 10/10/2019 09:44

Jason South 57903-014
FCI Danbury
Pembroke Station
Danbury, CT. 06811

Brien McMahon Federal Building
United States District Court
915 Lafayette Boulevard
Bridgeport, CT. 06604

