United States District Court
District of Connecticut

JUN 23 2020 AM 11:44
FILED-USDC-CT-HARTFORD

(Anna) South v. Licon-Vitale et al

3:19-cv-01763-VLB

Motion for appointment of counsel
(previosly submited attempted & denied letters to multiple Lawfirms)

Respectfully,
6-17-2020
(Anna) Ms. Jason South